IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> INDIVIOR INC. (a/k/a Reckitt Benckiser ) <br>    Pharmaceuticals Inc.) and ) <br> INDIVIOR PLC ) <br> ) <br> Defendants. | Case No. 1:19-cr-16 |

## NOTICE OF APPEARANCE

The undersigned counsel notices his appearance on behalf of Defendants Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior PLC in the above-styled case.

                                          Respectfully submitted,

                                          INDIVIOR INC. (a/k/a Reckitt Benckiser
                                          Pharmaceuticals Inc.) and INDIVIOR PLC

                                          By:/s/*Thomas J. Bondurant, Jr.*
                                                        Of Counsel

Thomas J. Bondurant, Jr. (VSB No. 18894)
GENTRY LOCKE
900 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
Fax: (540) 983-9400
bondurant@gentrylocke.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/*Thomas J. Bondurant, Jr.*
Of Counsel