IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:19-cr-16 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

The undersigned counsel notices her appearance on behalf of Defendants Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior PLC in the above-styled case.

        Respectfully submitted,

        INDIVIOR INC. (a/k/a Reckitt Benckiser
        Pharmaceuticals Inc.) and INDIVIOR PLC

        By:/s/ *Ligia M. Markman*
                   Associate

Ligia M. Markman (*PHV*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5068
lmarkman@cov.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2019, I electronically field the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

      By: /s/ *Ligia M. Markman*
          Associate