IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:19-cr-16 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

The undersigned counsel notices her appearance on behalf of Defendants Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior PLC in the above-styled case.

                                             Respectfully submitted,

                                             INDIVIOR INC. (a/k/a Reckitt Benckiser
                                             Pharmaceuticals Inc.) and INDIVIOR PLC

                                             By: */s/ Giulia M. di Marzo*
                                                                     Associate

Giulia M. di Marzo (*PHV*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5625
gdimarzo@cov.com

Counsel for Defendants

# CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2019, I electronically field the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

By: */s/ Giulia M. di Marzo*
Associate