IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-cr-16 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser ) | |
| Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

The undersigned counsel notices his appearance on behalf of Defendants Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior PLC in the above-styled case.

    Respectfully submitted,

    INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and INDIVIOR PLC

    By:/s/  *Bruce A. Baird*
           Senior Counsel

Bruce A. Baird (*PHV*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5122
bbaird@cov.com

Counsel for Defendants

# CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2019, I electronically field the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                        By: /s/ *Bruce A. Baird*
                                                Senior Counsel