IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-cr-16 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser ) | |
| Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The undersigned counsel notices his appearance on behalf of Defendants Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior PLC in the above-styled case.

    Respectfully submitted,

    INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and INDIVIOR PLC

    By:/s/  Matthew F. Dunn

Matthew F. Dunn (*PHV*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5314
mdunn@cov.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2019, I electronically field the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

      By:/s/ Matthew F. Dunn