IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 1:19-cr-16 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel notices his appearance on behalf of Defendants Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior PLC in the above-styled case.

Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC

By: /s/ *Christopher Denig*
              Partner

Christopher M. Denig (*PHV*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5325
cdenig@cov.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2019, I electronically field the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                      By:/s/ *Christopher Denig*
                                              Partner