IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

**ORDER**
v.     Case No.: 1:19cr00016

**INDIVIOR, INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC**

Pursuant to the motion of Indivior Inc. and Indivior PLC, (together "Indivior"), (Docket Item No. 46) ("Motion"), to modify the court's Order entered in this matter on April 9, 2019, governing disclosure of materials provided by the United States Attorney's Office, ("Materials") to defense counsel, **IT IS ORDERED:**

1. Nothing in the April 9, 2019, Order shall prohibit defense counsel from providing the Materials to electronic discovery vendors and others employed by defense counsel to process or review the Materials in order to assist with Indivior's defense, ("Vendors").

2. These Vendors may not disclose or disseminate these Materials.

3. Prior to receiving access to the Materials, Vendors employed by defense counsel shall receive a copy of this Order, the April 9, 2019, Order, and notice that "Unauthorized disclosure of these materials or other violation of this Order may be deemed a contempt of court pursuant to Title 18, United States Code, Section 401."

The Clerk is directed to provide a copy of this Order to all counsel of record.

**ENTERED:** May 23, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE