IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cr-16 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC | ) |
| Defendants. | |

## NOTICE OF APPEARANCE

The undersigned counsel notices her appearance on behalf of Defendants Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior PLC in the above-styled case.

    Respectfully submitted,

    INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC

    By: /s/*Jennifer S. DeGraw*
              Of Counsel

Thomas J. Bondurant, Jr. (VSB No. 18894)
Jennifer S. DeGraw (VSB No. 89962)
GENTRY LOCKE
900 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia  24022-0013
(540) 983-9300
Fax: (540) 983-9400
bondurant@gentrylocke.com
degraw@gentrylocke.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/*Jennifer S. DeGraw*
Of Counsel