# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

**UNITED STATES OF AMERICA**

   **v.**              **CASE NO. 1:19cr00016**

**INDIVIOR INC. (a/k/a Reckitt Benckiser**
   **Pharmaceuticals Inc.) and**
**INDIVIOR PLC**

---

### DEFENDANTS' MOTION TO DISMISS THE INDICTMENT
### FOR ALLEGING THE CONVICTION OF "DOCTOR D"
### TO PROVE THE GUILT OF INDIVIOR

For the reasons set forth in the accompanying memorandum of law, Defendants Indivior

Inc. and Indivior PLC ("Defendants" or "Indivior") respectfully move to dismiss the Indictment

in the above-captioned matter. The Defendants further respectfully move for this Court to order

proceedings to determine whether the dismissal must be with prejudice due to willful

government misconduct, including (1) disclosure to Indivior of all grand jury proceedings related

to the individual identified as Doctor D in the Indictment, including all exhibits, witness

testimony, and colloquy between prosecutors and the grand jury, and all proceedings that must

be recorded by a court reporter or by a suitable recording device pursuant to Fed. R. Crim. P.

6(e)(1); (2) disclosure to Indivior of all colloquy by which the prosecutors summarized the

evidence for the grand jury, presented the Indictment, and instructed the grand jury as to the law;

(3) disclosure to Indivior of all other colloquy between prosecutors and the grand jury, for any

evidence bearing on the question of willful misconduct; and (4) such other proceedings as may

be just and proper. Indivior respectfully requests that this Court hold a hearing on this Motion at

a date and time convenient for the Court.

Dated: July 19, 2019

Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser
Pharmaceuticals Inc.) and INDIVIOR PLC

/s/ Peter J. Romatowski
By Counsel

Thomas J. Bondurant, Jr.
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

Jennifer S. DeGraw
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

James M. Gross (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3733
jgross@jonesday.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com


Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 19th day of July, 2019.

/s/ Thomas J. Bondurant, Jr.
Counsel for Defendants