CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 23 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
　Pharmaceuticals Inc.) and
INDIVIOR PLC

## ORDER

Upon motion of defendants Indivior Inc. and Indivior plc, based on the record herein and for good cause shown, it is hereby **ORDERED** that the unredacted Defendants' Memorandum in Support of Motion to Dismiss the Indictment for Alleging the Conviction of "Doctor D" to Prove the Guilt of Indivior, as well as the unredacted accompanying declaration of James P. Loonam in support of the motion and exhibits attached thereto are SEALED until any further Motion of a party, Response by the adverse party, and further Order of the Court. (A redacted Memorandum, Declaration, and exhibits have been filed on the public docket.)

ENTER: July 23, 2019

/s/
United States District Judge