# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | Criminal Case No. 1:19cr00016 |
| INDIVIOR, INC., (a/k/a Reckitt Benckiser Pharmaceuticals Inc.), and INDIVIOR, PLC,     Defendants | |

The defendants have moved to modify the court's April 9, 2019, and May 23, 2019, disclosure orders, (Docket Item No. 88) ("Motion"). Based on agreement of the parties, confirmed at the July 31, 2019, status conference with the undersigned, the Motion is **GRANTED** insofar as the court's April 9, 2019, and May 23, 2019, disclosure orders, (Docket Item Nos. 9, 47), are **AMENDED** to reflect that the requirements of these orders do not apply to discovery materials that were obtained by the Government from the defendants.

Otherwise, the Motion is **taken under advisement** will be heard by the undersigned by telephone conference call on the record at 3 p.m., August 9, 2019.

The Clerk shall provide a copy of this Order to all counsel of record.

**ENTERED:** July 31, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

- 1 -