IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 1:19CR16         Date: 8/9/19

**Defendant:** Indivior, Inc., et al – not present    **Counsel:** Tom Bondurant ; Peter Romatowski; James Loonam; Leigh Krahenbuhl

PRESENT:
- JUDGE: Pamela Meade Sargent   TIME IN COURT: 3:01-3:45=44 min
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Randy Ramseyer
- USPO: None Present
- Case Agent: None Present
- Interpreter: N/A

PROCEEDINGS:
Status conference held via conference call; Court takes up DE 88: Motion to amend; motion argued; court takes motion under advisement; next status conference is set for September 10 at 1:00 p.m. and will be held via conference call.