# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:19CR16

v.

DATE: 8/9/19

INDIVIOR, INC.

TYPE OF HEARING: STATUS CONFERENCE (VIA CONFERENCE CALL)

************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Randy Ramseyer
3. Tom Bondurant
4. Albert Mayer
5. Peter Romatowski

6. James Loonam
7. Tom Bondurant
8. Leigh Krahenbuhl
9. _____
10. _____

************************************************************************

Recorded by: ELLA SURBER

Time in Court: 3:01 · 3:45

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:01 | 1,2 | 3:21 | 6,1 | 3:38 | 5,6 | | | | |
| | 1,4 | | 2,6 | | 7 | | | | |
| | 1,5 | 3:24 | 1,2 | 3:40 | 1,2 | | | | |
| | 1,6 | ↓ | | | 7,6 | | | | |
| | 1,7 | | 4 | | 1 | | | | |
| | 1,8 | | 1,2 | | | | | | |
| | 1,5,2 | 3:24 | 4,1 | | | | | | |
| ↓ | | | 6,1 | | | | | | |
| 3:06 | 6,1 | 3:32 | 2,6 | | | | | | |
| ↓ | | 3:34 | 1,6 | | | | | | |
| | 2 | ↓ | | | | | | | |
| 3:10 | 4 | 3:36 | 2,1 | | | | | | |
| 3:13 | 2,1 | ↓ | | | | | | | |
| ↓ | | | | | | | | | |