IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | **ORDER** |
| v. | Criminal Case No. |
| | 1:19cr00016 |
| INDIVIOR, INC., (a/k/a Reckitt Benckiser Pharmaceuticals Inc.), and | |
| INDIVIOR, PLC, | |
|     Defendants | |

The defendants have moved to modify the court's April 9, 2019, and May 23, 2019, disclosure orders, (Docket Item No. 88) ("Motion"). Based on agreement of the parties, confirmed at the August 9, 2019, hearing on the Motion, the Motion is **GRANTED** insofar as the court's April 9, 2019, and May 23, 2019, disclosure orders, (Docket Item Nos. 6, 47), are **AMENDED** to reflect that the requirements of these orders do not apply to discovery materials that were obtained by the Government from Direct Success, a contractor of the defendants.

Otherwise, the Motion is **taken under advisement**.

The Clerk shall provide a copy of this Order to all counsel of record.

**ENTERED:** August 9, 2019.

                                                      /s/ *Pamela Meade Sargent*
                                                    UNITED STATES MAGISTRATE JUDGE