IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.

INDIVIOR INC., (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.), and
INDIVIOR PLC,
    Defendants

**ORDER**
Criminal Case No.
1:19cr00016

    The defendants have moved to modify the court's April 9, 2019, and May 23, 2019, disclosure orders, (Docket Item No. 88) ("Motion"). Based on arguments and representations heard by telephone conference call by the undersigned on August 9, 2019, the Motion is **GRANTED in part and DENIED in part**, and it is **ORDERED** that the court's April 9, 2019, and May 23, 2019, disclosure orders are amended as follows:

1. Representatives of the defendants may view materials provided to the defendants at the offices of defense counsel, even if counsel are not present at the time. Before any representative of the defendants views these materials, defense counsel shall provide the representative with a copy of this court's orders governing the Government's disclosures and notice that "Unauthorized disclosure of these materials or other violation of this Order may be deemed a contempt of court pursuant to Title 18, United States Code, Section 401." Counsel shall maintain a record, subject to court review if necessary, of anyone who reviews the materials provided by the Government outside of the presence of counsel. Representatives of the defendants shall not copy these

- 1 -

Case 1:19-cr-00016-JPJ-PMS   Document 109   Filed 08/12/19   Page 1 of 2   Pageid#: 710

materials in any form and shall not possess these materials outside of the presence of counsel or outside of counsel's offices;

2. The defendants may copy the digital audio files provided by the Government and provide these copies to third-party vendors to transcribe. Defense counsel shall provide any such third-party vendor with a copy of this court's orders governing the Government's disclosures and notice that "Unauthorized disclosure of these materials or other violation of this Order may be deemed a contempt of court pursuant to Title 18, United States Code, Section 401." The third-party vendor must return the copy of the digital audio files to defense counsel after transcribing them. Any transcription of these digital audio files shall be treated as original materials disclosed by the Government; and

3. The parties may include information, not otherwise required by law to be kept confidential, contained in the materials disclosed by the Government, other than grand jury testimony, medical and/or substance abuse patient records, records containing the identities of persons seeking substance abuse treatment and records obtained by the Government from other pharmaceutical companies, in public filings with the court without prior court permission. The parties are reminded that, pursuant to Local Rule, personal identifiers should never be included in public filings.

The Clerk shall provide a copy of this Order to all counsel of record.
**ENTERED:** August 12, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

- 2 -

Case 1:19-cr-00016-JPJ-PMS   Document 109   Filed 08/12/19   Page 2 of 2   Pageid#: 711