UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-CR-00016 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser ) | |
| Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC ) | |

## MOTION TO SEAL

The United States of America ("United States") hereby moves for an order sealing its Response in Opposition to Motion to Dismiss the Indictment (submitted to the Court this same day) ("Response") until further order of the Court, for the following reason. In the Response, for the sole purpose of providing the Court with information relevant to Indivior's Motion, the United States quotes a statement that defense counsel made in discussions with the United States, and testimony of Indivior employees and former employees before the grand jury. Defense counsel may wish to have its statement kept confidential, and the witnesses' testimony should be kept confidential. Accordingly, the United States asks that the Response be filed under seal. If this Motion to Seal is granted, the United States will file a redacted version of the Response on the public docket.

Respectfully submitted,

DANIEL P. BUBAR
First Assistant United States Attorney
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

/s/ Albert P. Mayer, VSB No. 86024
Randy Ramseyer
Kristin L. Gray
Joseph S. Hall
Garth W. Huston

Janine M. Myatt
Carol L. Wallack
United States Attorney's Office
180 West Main Street
Abingdon, VA 24210
Tel:  (276) 628-4161
Fax:  (276) 628-7399
Email: albert.p.mayer@usdoj.gov


DAVID MORRELL
Deputy Assistant Attorney General

Gustav W. Eyler
Jill P. Furman
Matthew J. Lash
Charles J. Biro
United States Department of Justice
Civil Division, Consumer Protection Branch
950 Pennsylvania Avenue, N.W.
Washington, DC  20530
Tel:   202-307-0089
Email: charles.biro@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on August 20, 2019, I electronically filed the foregoing Motion to Seal with the Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel of record in this matter.

/s/ Albert P. Mayer, VSB No. 86024