UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> INDIVIOR, INC., (a/k/a Reckitt ) <br> Benckiser Pharmaceuticals Inc.), and ) <br> INDIVIOR PLC, ) <br>   Defendants, ) | Case No. 1:19cr00016 |

### ORDER

Upon motion of the United States, based on the record herein, and for good cause shown to protect grand jury materials, it is hereby **ORDERED** that the United States' unredacted Response in Opposition to Motion to Dismiss the Indictment is **SEALED**. The United States shall file a redacted version of its response on the public docket.

**ENTERED:** August 20, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE