UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>INDIVIOR INC. (a/k/a Reckitt )<br>Benckiser Pharmaceuticals Inc.) and )<br>INDIVIOR PLC, )<br>   Defendants ) | Case No. 1:19cr00016 |

## ORDER

Upon motion of the United States, based on the record herein, and for good cause shown to protect grand jury materials and pre-indictment discussions of counsel, it is hereby **ORDERED** that the exhibits to the United States' Response in Opposition to Motion to Dismiss the Indictment, except Exhibit 4, are **SEALED**. The United States shall file Exhibit 4, together with a redacted version of the response, on the public docket.

**ENTERED:** August 21, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE