CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP - 9 2019

JULIA C. DUDLEY, CLERK
BY: /s/ C. Suresh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC

## ORDER

Upon motion of defendants Indivior Inc. and Indivior plc, based on the record herein and for good cause shown, it is hereby ORDERED that the unredacted Defendants' Reply Memorandum in Support of Motion to Dismiss the Indictment for Compound Grand Jury Misconduct, as well as the accompanying declarations of Thomas J. Bondurant, Jr., Tamara Marinkovic Hines, and James R. Wooley, are SEALED until any further Motion of a party, Response by the adverse party, and further Order of the Court.

ENTERED: this 9th day of Sept., 2019.

By /s/ Pamela Meade Sargent
United States Magistrate Judge