# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER TO SHOW CAUSE** |
| v. | Criminal Case No. 1:19cr00016 |
| INDIVIOR INC., (a/k/a Reckitt Benckiser Pharmaceuticals Inc.), and INDIVIOR PLC, Defendants | |

It has come to the court's attention, based on news media sources, that defense counsel recently filed a pleading on the court's public docket that did not properly redact certain sealed grand jury materials. Defense counsel shall, within 14 days of the date of entry of this Order, file a written explanation showing cause why counsel should not be sanctioned for this error and explaining what steps counsel have taken to ensure this error will not be repeated. The Government may respond within seven days of the filing of counsel's explanation.

The Clerk shall provide a copy of this Order to all counsel of record.

**ENTERED:** September 11, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE