IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

     v.                         CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC,
    Defendants

## ORDER

Upon motion of defendants, Indivior Inc. and Indivior PLC, based on the record herein and for good cause shown, it is hereby **ORDERED** that the Defendants' Surreply in Response to the Government's Motion for Conflict of Interest Inquiry is **SEALED** until further Order of the Court.

      **ENTERED:**      September 18, 2019.

                                    /s/ *Pamela Meade Sargent*
                                      UNITED STATES MAGISTRATE JUDGE