# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114.1190

TELEPHONE: +1.216.586.3939 • FACSIMILE: +1.216.579.0212

Direct Number: (216) 586-7345
jrwooley@jonesday.com

JP013551 September 19, 2019

The Honorable Pamela Meade Sargent
Magistrate Judge
Western District of Virginia
180 West Main Street
Suite 123
Abingdon, VA 24210

      Re:    <u>United States v. Indivior Inc. et al.</u>, Case No. 1:19-cr-0016 (JPJ)(PMS)

Dear Judge Sargent:

     We represent defendants Indivior Inc. and Indivior PLC in the above-caption matter. We write to inform the Court that we do not oppose the government's Motion for Leave to File Sur-reply Regarding Indivior's Motion to Dismiss the Indictment (ECF #152).

                                  Respectfully submitted,

                                  <u>/s/ James R. Wooley</u>

Cc:    All Counsel of Record (via ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON