UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>INDIVIOR INC. (a/k/a Reckitt Benckiser )<br>   Pharmaceuticals Inc.) and )<br>INDIVIOR PLC ) | Case No. 1:19-CR-00016 |

## MOTION TO SEAL

The United States of America ("United States") hereby moves for an order sealing its Sur-reply Regarding Indivior's Motion to Dismiss the Indictment (submitted to the Court this same day) ("Sur-reply") until further order of the Court, for the following reason. In the Sur-reply, for the sole purpose of providing the Court with information relevant to Indivior's Motion, the United States describes matters occurring before the grand jury, which should be kept confidential. Accordingly, the United States asks that the Sur-reply be filed under seal. If this Motion to Seal is granted, the United States will file a redacted version of the Sur-reply on the public docket.

Respectfully submitted,

DANIEL P. BUBAR
First Assistant United States Attorney
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

/s/ Albert P. Mayer, VSB No. 86024
Randy Ramseyer
Kristin L. Gray
Joseph S. Hall
Garth W. Huston
Janine M. Myatt
Carol L. Wallack
United States Attorney's Office
180 West Main Street

Abingdon, VA 24210
Tel: (276) 628-4161
Fax: (276) 628-7399
Email: albert.p.mayer@usdoj.gov

**CERTIFICATE OF SERVICE**

   I certify that on September 19, 2019, I electronically filed the foregoing Motion to Seal with the Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel of record in this matter.

                    /s/ Albert P. Mayer, VSB No. 86024