UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-CR-00016 |
| ) | |
| INDIVIOR INC. (a/k/a Reckitt Benckiser ) | |
| Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC ) | |

## ORDER

Upon motion of the United States, based on the record herein and for good cause shown, it is hereby **ORDERED** that the United States' Sur-reply Regarding Indivior's Motion to Dismiss the Indictment is **SEALED**.

**ENTERED:** September 20, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE