# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 1:19-CR-00016 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser : | |
| Pharmaceuticals Inc.) and : | |
| INDIVIOR PLC : | |

## NOTICE OF APPEARANCE

I am authorized to practice in this Court, and I appear in this case as counsel for the United States of America.

Respectfully submitted,

/s/
Charles J. Biro, Ill. Bar No. 6277139
Trial Attorney
United States Department of Justice
450 Fifth Street NW
Washington, D.C. 20001
Tel: (202) 307-0089
Fax: (202) 514-8742
Charles.Biro@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel of record in this matter.

/s/

Charles J. Biro, Ill. Bar No. 6277139
Trial Attorney
United States Department of Justice
450 Fifth Street NW
Washington, D.C. 20001
Tel: (202) 307-0089
Fax: (202) 514-8742
Charles.Biro@usdoj.gov

*Counsel for the United States of America*