| A0435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|
| *Please Read Instructions on Page 2.* | | |

| 1. **REQUESTOR'S INFORMATION**: | NAME  Jonathan Shaw | TELEPHONE NUMBER  310-593-4933 |
|---|---|---|
| DATE OF REQUEST  9/27/19 | EMAIL ADDRESS *(Transcript will be emailed to this address.)*  jshaw@hawkridgellc.com | |
| MAILING ADDRESS  12424 Wilshire Blvd, #1430 | | CITY, STATE, ZIP CODE  Los Angeles, CA 90025 |

| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER  Ella Surber  OR   CHECK HERE  [✓]   IF HEARING WAS RECORDED BY FTR |
|---|---|

| CASE NUMBER  1:19CR16 | CASE NAME  USA v. Indivior, Inc. and Indivior, PLC | JUDGE'S NAME  Pamela Meade Sargent |
|---|---|---|
| DATE(S) OF PROCEEDING(S)  8/9/19 | TYPE OF PROCEEDING(S)  Conferencec Call | LOCATION OF PROCEEDING  Abdington |

REQUEST IS FOR: *(Select one)* [✓] FULL PROCEEDING  OR  [ ] SPECIFIC PORTION(S) *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
*(See Page 2 for descriptions of each service turnaround category.)*

- [ ] Ordinary (30-Day)
- [ ] 14-Day
- [ ] Expedited (7-Day)
- [ ] 3-Day
- [✓] Daily
- [ ] Hourly
- [ ] RealTime

4. **CERTIFICATION**:  By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE  9/26/19 | SIGNATURE  Jonathan Shaw |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.