CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 30 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC

## ORDER

Pursuant to Rule 6(d) of the Local Rules for the Western District of Virginia, and the authority of this court to administer its proceedings, and on motion of Defendants, it is **ORDERED** that attorney Dia Rasinariu, a member of the Bars of the District of Columbia and the State of Illinois, is permitted to appear *pro hac vice* as co-counsel in this matter.

It is further **ORDERED** that the Clerk of this Court shall certify copies of this Order to the United States Attorney's Office, 310 First Street SW, Room 9906, Roanoke, VA 24011, and all counsel of record in this case.

ENTERED: this 27th day of Sept, 2019.

By: /s/ Pamela Meade Sargent
UNITED STATES MAGISTRATE JUDGE