**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES – ARRAIGNMENT / MOTION HEARING**

Case No.: 1:19CR00016　　　　　　　　　　　　　　　　　　　　　Date: 10/4/2019

| **Defendant:** Indivior Inc. | **Counsel:** James Wooley, Tom Bondurant, |
|---|---|
| Indivior PLC | Jennifer DeGraw, Leigh Krahenbuhl, James Loonam, Peter Romatowski, Dia Rasinariu |

PRESENT:
| | | |
|---|---|---|
| JUDGE: | James P. Jones, USDJ | TIME IN COURT: 9:35-10:57 a. m. |
| Deputy Clerk: | Lottie Lunsford | (1 hour 22 minutes) |
| Court Reporter: | Donna Prather, OCR | |
| U. S. Attorney: | Randy Ramseyer, Albert Mayer, Janine Myatt, Carol Wallack | |
| USPO: | N/A | |
| Case Agent: | Jeff Overbeck | |
| Interpreter: | N/A | |

Arraignment and plea entered to the Superseding Indictment through counsel.
Defendants waives reading of Superseding Indictment

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | All Counts | | |
| 2 | | All Counts | | |
| 3 | | | | |
| 4 | | | | |

A scheduling Order setting the trial and PTC in this case has previously been entered and parties are directed to advise the court if any adjustments need to be made to the deadlines.

Court hears counsel on Sealed Motion (74) and (81) Motion to Dismiss. Court takes motions under advisement. Court adjourns.