| AO435<br>(Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME<br>Thomas J. Bondurant, Jr. | TELEPHONE NUMBER<br>540-983-9389 |
|---|---|---|
| DATE OF REQUEST<br>10/4/2019 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>bondurant@gentrylocke.com | |
| MAILING ADDRESS<br>Gentry Locke, 10 Franklin Road, SE, Suite 900 | | CITY, STATE, ZIP CODE<br>Roanoke, VA 24011 |
| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER<br>Donna Prather<br>OR   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>1:19-cr-16 | CASE NAME<br>USA v. Indivior Inc. et al. | JUDGE'S NAME<br>Judge James P. Jones |
| DATE(S) OF PROCEEDING(S)<br>10/4/2019 | TYPE OF PROCEEDING(S)<br>Motions Hearing | LOCATION OF PROCEEDING<br>Abingdon, VA |

REQUEST IS FOR: (*Select one*)   ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)     ☑ Daily
☐ 14-Day                ☐ Hourly
☐ Expedited (7-Day)     ☐ RealTime
☐ 3-Day

4. **CERTIFICATION**: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>10/4/2019 | SIGNATURE<br>Thomas J. Bondurant, Jr. |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

Case 1:19-cr-00016-JPJ-PMS   Document 192   Filed 10/04/19   Page 1 of 1   Pageid#: 1465

PRINT     RESET FORM