IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

    v.                                    CASE NO. 1:19CR00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Ligia Markman of Covington & Burling LLP, counsel for the Defendants, Indivior, Inc. and Indivior PLC, requests that this Court enter the attached proposed order granting her permission to withdraw as counsel for Indivior, Inc. and Indivior PLC in the above-captioned matter. All other counsel of record will remain as counsel in this case, and this withdrawal will not cause any prejudice or delay in this litigation.

Wherefore, counsel for the Defendants respectfully requests that the Court relieve the undersigned attorney of any further responsibilities in connection with this case.

                                                      Respectfully submitted,

                                                      INDIVIOR INC. (a/k/a Reckitt Benckiser
                                                      Pharmaceuticals Inc.) and INDIVIOR PLC

                                                      /s/ Ligia M. Markman
                                                      By Counsel

**Ligia M. Markman**
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
202-662-5068
lmarkman@cov.com
*Admitted Pro Hac Vice: 04/12/2019*

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 18th day of October, 2019.

                                                  /s/ Ligia M. Markman
                                                        Of Counsel