IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
     Pharmaceuticals Inc.) and
INDIVIOR PLC

## DEFENDANTS' MOTION FOR ISSUANCE
## OF PRE-TRIAL RULE 17(C) SUBPOENAS

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, Defendants Indivior Inc. and Indivior PLC (collectively, "Indivior" or "Defendants") respectfully move for an Order permitting the issuance of the 11 pre-trial subpoenas duces tecum attached to the accompanying Memorandum in Support of Defendants' Motion for Issuance of Pre-Trial Rule 17(c) Subpoenas ("Memorandum") as Exhibits A through K. As Indivior explains more fully in the accompanying Memorandum, the records requested in each subpoena are relevant and admissible, and the requests themselves are specific and narrowly tailored based on information known to Indivior. Indivior is seeking the production of the requested materials by December 30, 2019, to provide Indivior with sufficient time to inspect the records and prepare its defense in advance of trial.

- 1 -

Dated: November 20, 2019                    Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC

/s/ Thomas J. Bondurant, Jr.
By Counsel

Thomas J. Bondurant, Jr.
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

Jennifer S. DeGraw
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

Leigh A. Krahenbuhl (admitted *pro hac vice*)
**Jones Day**
77 West Wacker Drive
Chicago, Illinois 60601
(312) 269-1524
lkrahenbuhl@jonesday.com

James R. Wooley (admitted *pro hac vice*)
**Jones Day**
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-7345
jrwooley@jonesday.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW

Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 20th day of November, 2019.

/s/ Thomas J. Bondurant, Jr.
Counsel for Defendants

- 4 -