IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

    v.        CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC

## ORDER

Upon motion of defendants, Indivior Inc. and Indivior PLC, based on the record herein and for good cause shown, it is hereby **ORDERED** that the unredacted Defendants' Memorandum in Support of Motion for Issuance of Pre-Trial Rule 17(c) Subpoenas, along with unredacted Exhibits A, B, F, G, H, I, J, K, are **SEALED** until further order of the court.

**ENTERED:** November 26, 2019.

                                          s/ *Pamela Meade Sargent*
                                          UNITED STATES MAGISTRATE JUDGE