CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

NOV 2 6 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-cr-00016 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser ) | |
| Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC ) | |

### ORDER

Upon motion of the United States, based on the agreement of the parties, the record herein, and for good cause shown, it is hereby ORDERED that the United States' time to file a brief responding to Defendants' Motion for Issuance of Pre-Trial Rule 17(c) Subpoenas (Doc. 229) is extended to December 11, 2019.

Entered: 11/26/19

*Pamela Meade Sayer*
USMJ