IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

    v.                      CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC,
    Defendants,

## ORDER

Upon motion of defendants, Indivior Inc. and Indivior PLC, based on the record herein and for good cause shown, it is hereby **ORDERED** that the Defendants' Memorandum in Support of Defendants' Motion to Dismiss the Superseding Indictment, to Strike Surplusage and for Inspection of Grand Jury Materials is **SEALED** until any further order of the Court. It is **FURTHER ORDERED** that, within five days of the entry of this Order, the defendants shall file on the public docket a version of this memorandum that redacts confidential grand jury information.

**ENTERED:** December 19, 2019.

                                              /s/ *Pamela Meade Sargent*
                                              UNITED STATES MAGISTRATE JUDGE