IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC

# DEFENDANTS' MOTION TO DISMISS THE SUPERSEDING INDICTMENT, TO STRIKE SURPLUSAGE AND FOR INSPECTION OF GRAND JURY MATERIALS

For the reasons set forth in the accompanying memorandum of law, Defendants Indivior Inc. and Indivior PLC ("Indivior") respectfully move to dismiss Counts Seven, Eleven, and Thirteen through Twenty-Eight for failure to state an offense and to strike the "aiding and abetting" allegations in the Introduction and Counts One and Two of the Superseding Indictment in the above-captioned matter. Alternatively, Indivior moves to dismiss Counts One and Two for duplicity. Indivior also respectfully moves for inspection of the colloquy between prosecutors and the ▮▮▮▮ grand jury that returned the Superseding Indictment on August 14, 2019, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(ii).

Dated: December 18, 2019

Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser
Pharmaceuticals Inc.) and INDIVIOR PLC

/s/ James P. Loonam
By Counsel

Thomas J. Bondurant, Jr. (VSB No. 18894)
**Gentry Locke**
10 Franklin Road SE

Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

Jennifer S. DeGraw (VSB No. 89962)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Kathryn K. Mizelle (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-3611
kmizelle@jonesday.com

Dia Rasinariu (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-4657
drasinariu@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com

James R. Wooley (admitted *pro hac vice*)
**Jones Day**
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-7345
jrwooley@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 18 day of December, 2019.

/s/ James P. Loonam.
Counsel for Defendants