# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19cr00016 |
| INDIVIOR INC. (a/k/a Reckitt ) | |
| Benckiser Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC, ) | |
|   Defendants ) | |

## ORDER

Upon motion of the United States, based on the record herein, and for good cause shown, it is hereby **ORDERED** that the United States' time to respond to the Defendants' Motion to Dismiss the Superseding Indictment, to Strike Surplusage and for Inspection of Grand Jury Materials, (Docket Item No. 252), is stayed pending the court's ruling on whether to quash that motion.

ENTERED: December 23, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE