IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

    v.                        CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC,
    Defendants

## ORDER

Upon motion of defendants, Indivior Inc. and Indivior PLC, based on the record herein and for good cause shown, it is hereby **ORDERED** that the Defendants' Exhibit 2 to the Druce Declaration submitted in support of Defendants' Motion to Suppress Illegally Seized Evidence and All Fruits Thereof is **SEALED** until any further order of the court.

**ENTERED:** December 26, 2019.

                                       /s/ *Pamela Meade Sargent*
                                       UNITED STATES MAGISTRATE JUDGE