IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC

## DEFENDANTS' MOTION TO SUPPRESS ILLEGALLY SEIZED EVIDENCE AND ALL FRUITS THEREOF

For the reasons set forth in the accompanying memorandum of law, Defendants Indivior Inc. and Indivior PLC ("Indivior") respectfully move to suppress evidence, and all fruits thereof, seized by the government in violation of the Fourth Amendment from Indivior's headquarters.

Dated: December 26, 2019

Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC

/s/ James P. Loonam
By Counsel

Thomas J. Bondurant, Jr. (VSB No. 18894)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

Jennifer S. DeGraw (VSB No. 89962)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

Georgina Druce (admitted pro hac vice)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3421
gdruce@jonesday.com

James M. Gross (admitted pro hac vice)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3733
jgross@jonesday.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Kathryn K. Mizelle (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-3611
kmizelle@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com

James R. Wooley (admitted *pro hac vice*)
**Jones Day**
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-7345
jrwooley@jonesday.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 26 day of December, 2019.

                                                  /s/ James P. Loonam.
                                                  Counsel for Defendants