# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19CR00016 |
| v. ) | **ORDER DENYING MOTION TO QUASH** |
| ) | |
| INDIVIOR INC., ET AL., ) | By: James P. Jones |
| ) | United States District Judge |
| Defendants. ) | |

It appearing proper, and having considered the parties' arguments on brief, it is **ORDERED** as follows:

1. The United States' Motion to Quash Indivior's Second Motion to Dismiss, ECF No. 256, is DENIED without prejudice to the assertion of its arguments therein in a response to Defendant's Motion to Dismiss the Superseding Indictment, to Strike Surplusage and for Inspection of Grand Jury Materials; and

2. Indivior's Objections to Order Staying the Government's Time to Respond, ECF No. 263, is GRANTED, and the stay imposed by the magistrate judge's Order of December 23, 2019, ECF No. 257, is VACATED.

ENTER: December 31, 2019

/s/ JAMES P. JONES
United States District Judge