CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

1/3/20

JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
     Pharmaceuticals Inc.) and
INDIVIOR PLC

## ORDER

Upon motion of defendants Indivior Inc. and Indivior PLC, based on the record herein and

for good cause shown, it is hereby ORDERED that Exhibits A and B to the Defendants' Objections

to the Denial of Rule 17(c) Subpoenas for Key Agency Materials Relevant to Doctors A-D are

SEALED until any further Order of the Court.


**ENTER:** January 3, 2020.


By: _____
     United States District Judge