UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 06 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:19cr00016 |
| INDIVIOR INC. (a/k/a Reckitt | ) |
| Benckiser Pharmaceuticals Inc.) and | ) |
| INDIVIOR PLC, | ) |
|    Defendants | ) |

## ORDER

Upon motion of the United States, based on the record herein, and for good cause shown, it is hereby **ORDERED** that the time to respond to the Rule 17(c) subpoenas authorized by the December 19, 2019 Order (Doc. 247) is **STAYED** pending the Court's ruling on whether to reverse that Order.

ENTER: January 6, 2020

                                                  /s/
                                       United States District Judge