NITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

UNITED STATES OF AMERICA )
)
v. )
) Case No. 1:19cr00016
INDIVIOR INC. (a/k/a Reckitt )
Benckiser Pharmaceuticals Inc.) and )
INDIVIOR PLC, )
   Defendants )

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
JAN 07 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## ORDER

Upon motion of the United States, based on the record herein, and for good cause shown, it is hereby **ORDERED** that the United States' time to file any response to the defendants' motion to suppress (Doc. 261) is extended to January 16, 2020, and the defendants' time to file any rebuttal to the United States' response is extended to January 30, 2020.

ENTER: January 7, 2020

_____
United States District Judge