UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19cr00016 |
| INDIVIOR INC. (a/k/a Reckitt ) | |
| Benckiser Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC, ) | |
|     Defendants ) | |

## ORDER

Upon motion of the United States, based on the record herein and for good cause shown, it is hereby **ORDERED** that the United States' Application for a Post-Indictment Protective Order, and proposed First Protective Order, are **SEALED**. The Government shall file redacted versions of these documents on the public docket.

**ENTERED:**     January 30, 2020.

s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE