# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINDON DIVISION

## CRIMINAL MINUTES - GENERAL MINUTES

**Case No.:  1:19CR00016**                                         **Date:  1/31/2020**

---

**Defendant:  Indivior Inc. ET AL.**                 **Counsel:  Leigh A. Krahenbuhl**
                                                                    **Peter J. Romatowski**
                                                                    **Thomas Bondurant Jr.**
                                                                    **Jennifer S. DeGraw**

---

PRESENT:       JUDGE:                James P. Jones, USDJ       TIME IN COURT:  1:31-2:27 p. m. (56 minutes)
               Deputy Clerk:         Lottie Lunsford
               Court Reporter:       Donna Prather, OCR
               U. S. Attorney:       Albert Mayer, Randy Ramseyer, Carol Wallack, Matthew Lash,
                                     Daniel Bubar
               USPO:                 N/A
               Case Agent:           N/A
               Interpreter:          N/A

PROCEEDINGS:

Counsel present and ready to proceed with court hearing re: defendant's objections (DE 266) and government's objections (DE 268) to the Magistrate's Judge's Memorandum Order (DE 247) granting in part and denying in part Motion for Issuance of Subpoena (DE 229) Court takes the matter under advisement.