**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:19-cr-00016** |
| **INDIVIOR INC.** | ) | |
| **(a/k/a Reckitt Benckiser** | ) | |
| **Pharmaceuticals Inc.) and** | ) | |
| **INDIVIOR PLC** | ) | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME**

Counsel for Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior plc (collectively, "Indivior") approached the United States of America ("United States") requesting that the United States not oppose Indivior's request for an extension of time to provide counsel for the Government Indivior's reports of examinations and tests as described in Fed. R. Crim P. 16(b)(1)(B) and expert reports as described in Fed. R. Crim. P. 16(b)(1)(C). The United States agreed not to oppose such an extension and Indivior agreed it would not oppose an extension of time for the United States to provide defense counsel a list of the witnesses and exhibits it intends to introduce in its case-in-chief at trial.

Accordingly the United States hereby requests an extension of time to February 18, 2020, to provide defense counsel with a list of the witnesses and exhibits it intends to introduce in its case-in-chief at trial.

Indivior consents to the requested extension.

Also, the United States does not oppose Indivior's request of an extension of time to February 25, 2020, as the date by which Indivior shall provide counsel for the Government with the reports of examinations and tests as described in Fed. R. Crim P. 16(b)(1)(B) and expert reports as described in Fed. R. Crim. P. 16(b)(1)(C).

A proposed order is submitted herewith.

Respectfully submitted,

DANIEL P. BUBAR
First Assistant United States Attorney
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

/s/ Randy Ramseyer, VSB No. 33837
Albert P. Mayer
Kristin L. Gray
Joseph S. Hall
Garth W. Huston
Janine M. Myatt
Carol L. Wallack

United States Attorney's Office
180 West Main Street, Suite B19
Abingdon, VA 24210
Tel: (276) 628-4161
Fax: (276) 628-7399
Email: USAVAW.ECFAbingdon@usdoj.gov