UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 07 2020

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-cr-00016 |
| ) | |
| INDIVIOR INC. ) | |
| (a/k/a Reckitt Benckiser ) | |
| Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC ) | |

## ORDER

Upon motion of the United States, based on the request of Indivior and agreement of the parties, the record herein, and for good cause shown, it is hereby ORDERED that the United States' time to provide defense counsel with a list of witnesses and exhibits it intends to introduce in its case-in-chief at trial to Indivior is extended to February 18, 2020, and Indivior's time to provide counsel for the Government with the reports of examinations and tests as described in Fed. R. Crim P. 16(b)(1)(B) and expert reports as described in Fed. R. Crim. P. 16(b)(1)(C) is extended to February 25, 2020.

ENTERED: This 7th day of February, 2020.

/s/ Pamela Meade Sargent
UNITED STATES MAGISTRATE JUDGE