| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER FORM**<br>*Please Read Instructions on Page 2.* | | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|---|
| **1. REQUESTOR'S INFORMATION:** | NAME<br>Paul G. Beers | | TELEPHONE NUMBER<br>(540) 224-8035 |
| DATE OF REQUEST<br>February 12, 2020 | EMAIL ADDRESS *(Transcript will be emailed to this address.)*<br>pbeers@glennfeldmann.com | | |
| MAILING ADDRESS<br>P.O. Box 2887 | | | CITY, STATE, ZIP CODE<br>Roanoke, Virginia 24001-2887 |
| **2. TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER   Donna Prather, OCR<br><br>**OR**   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | | |
| CASE NUMBER<br>1:19CR00016 | CASE NAME<br>United States v. Indivior, Inc., et al. | | JUDGE'S NAME<br>Judge Jones |
| DATE(S) OF PROCEEDING(S)<br>2/14/2020 | TYPE OF PROCEEDING(S)<br>Motion hearing | | LOCATION OF PROCEEDING<br>Abingdon |
| REQUEST IS FOR: *(Select one)* | ☑ FULL PROCEEDING   **OR** | | ☐ SPECIFIC PORTION(S) *(Must specify below)* |
| SPECIFIC PORTION(S) REQUESTED *(If applicable):* | | | |
| **3. SERVICE TURNAROUND CATEGORY REQUESTED:** *(See Page 2 for descriptions of each service turnaround category.)* | | | |
| ☐ Ordinary (30-Day)<br>☐ 14-Day<br>☐ Expedited (7-Day)<br>☐ 3-Day | | ☑ Daily<br>☐ Hourly<br>☐ RealTime | |
| **4. CERTIFICATION:**  By signing below, I certify that I will pay all charges (deposit plus additional). | | | |
| DATE<br>February 12, 2020 | SIGNATURE<br>/s/ Paul G. Beers | | |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.