| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** *Please Read Instructions on Page 2.* | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|
| **1. REQUESTOR'S INFORMATION:** | NAME: Constance S. Williams | TELEPHONE NUMBER: 866-423-3320 |
| DATE OF REQUEST: 2/13/20 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): constance.s.williams@thomsonreuters.com | |
| MAILING ADDRESS: 2355 Old Hanoiver Road | | CITY, STATE, ZIP CODE: Sandston, Virginia 23150 |
| **2. TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: DonnaPrather  OR   CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER: 1:19-CR-16 | CASE NAME: USA v. Indivior, Inc. | JUDGE'S NAME: Jmaes P. Jones |
| DATE(S) OF PROCEEDING(S): 01/31/20 | TYPE OF PROCEEDING(S): Moption Hearing | LOCATION OF PROCEEDING: Abingdon |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

Note: Transcript has already been transcribed and cost is $29.70

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

[ ] Ordinary (30-Day)            [ ] Daily
[ ] 14-Day                       [ ] Hourly
[ ] Expedited (7-Day)            [ ] RealTime
[ ] 3-Day

**4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 2/13/20 | *Constance S. Williams* |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.