| A0435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

### 1. REQUESTOR'S INFORMATION:

| NAME | TELEPHONE NUMBER |
|---|---|
| Jonathan Opdyke | 952-214-6914 |

| DATE OF REQUEST | EMAIL ADDRESS (*Transcript will be emailed to this address.*) |
|---|---|
| 02/18/2020 | jonathanopdyke@hotmail.com |

| MAILING ADDRESS | CITY, STATE, ZIP CODE |
|---|---|
| 1333 H Street NW, Suite 700E | 20005 |

### 2. TRANSCRIPT REQUESTED:

NAME OF COURT REPORTER: Donna Prather

OR   CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 1:19CR16 | USA v Indivior | James P. Jones |

| DATE(S) OF PROCEEDING(S) | TYPE OF PROCEEDING(S) | LOCATION OF PROCEEDING |
|---|---|---|
| 02/14/2020 | Motions Hearing | Abingdon |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):
Note: Transcript has already been transcribed and the cost is $64.80.

### 3. SERVICE TURNAROUND CATEGORY REQUESTED:
(*See Page 2 for descriptions of each service turnaround category.*)

- [ ] Ordinary (30-Day)
- [ ] 14-Day
- [ ] Expedited (7-Day)
- [ ] 3-Day
- [ ] Daily
- [ ] Hourly
- [ ] RealTime

### 4. CERTIFICATION:
By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 02/18/2020 | *Jonathan Opdyke* |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

NOTE: Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.