## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                     )<br>)<br>INDIVIOR INC. (a/k/a Reckitt Benckiser )<br>  Pharmaceuticals Inc.) and          )<br>INDIVIOR PLC                          ) | Case No. 1:19-cr-00016 |

## UNITED STATES' EXHIBIT LIST

The United States of America, pursuant to the Scheduling Order (Doc. 79) as amended by the Court's Order of February 7, 2020 (Doc. 308) (granting a one-week extension of time), identifies the exhibits it may introduce in its case-in-chief at trial as follows.  Each exhibit is numbered to roughly correspond to a paragraph of the Superseding Indictment (Doc. 115) it helps prove.  A Bates number in parentheses refers to an exhibit's first page.  The United States is providing copies of the exhibits to the defendants.

2 A - 2005 Annual Report (M2099_0000002).pdf
2 B - 2006 Annual Report (M2099_0000004).pdf
2 C - 2007 Annual Report (M2099_0000003).pdf
2 D - 2008 Annual Report (M2099_0000001).pdf
2 E - 2009 Annual Report (M2099_0000006).pdf
2 F - 2010 Annual Report (M2099_0000007).pdf
2 G - 2011 Annual Report (M2099_0000008).pdf
2 H - 2012 Annual Report (M2099_0000010).pdf
2 I - 2013 Annual Report (M2099_0000011).pdf
2 J - Demerger Agreement (NONEV_00000451).pdf
2 K - 2014 Annual Report (M2099_0000012).pdf
2 L - 2015 Annual Report (M2099_0000009).pdf
2 M - 2016 Annual Report (M2099_0000016).pdf
2 N - 2017 Annual Report (M2099_0000013).pdf
2 O - Team Communication Structure (Email) (RBP0114_7769526).pdf
2 P - Team Communication Structure (Attachment) (RBP0114_7769527).pdf
2 Q - RBP & Health Care Leadership Announcements (Email) (RBP0114_8886378).pdf
2 R - RBP & Health Care Leadership Announcements (Attachment) (RBP0114_8886379).pdf
2 S - Employee Change Profiles (R2B2P_000428210).pdf
2 T - Business Risk & Control Self Assessment (Email) (RBP0114_13038055).pdf

2 U - Business Risk & Control Self Assessment (Attachment 1) (RBP0114_13038057).pdf
2 V - Business Risk & Control Self Assessment (Attachment 2) (RBP0114_13038068).pdf
2 W - Declaration of H.P..pdf

3 A - Prospectus (M2099_0000022).pdf
3 B - 2014 Annual Report (M2099_0000005).pdf
3 C - 2015 Annual Report (M2099_0000014).pdf
3 D - 2016 Annual Report (M2099_0000015).pdf
3 E - 2017 Annual Report (M2099_0000017).pdf
3 F - 2018 Annual Report (M2099_0000018).pdf

12 A - Suboxone Masters Curriculum Module 1 (RBP0114_4706300).pdf
12 B - Suboxone Masters Curriculum Module 2 (RBP0114_3470131).pdf
12 C - Suboxone Masters Curriculum Module 3 (RBP0114_3470209).pdf
12 D - Suboxone Masters Curriculum Module 4 (RBP0114_3470293).pdf
12 E - Special Notice About Monthly Death Cases Report (Email) (RBP0114_16504632).pdf
12 F - Special Notice About Monthly Death Cases Report (Attachment 1) (RBP0114_16504633).xls
12 G - Special Notice About Monthly Death Cases Report (Attachment 2) (RBP0114_16504634).xls

13 A - Certificate (M2114_0000031_0001).pdf
13 B - Orphan Drug Designations (Certified) (M2114_0000018_0001).pdf

14 A - 2002 Subutex and Suboxone Tablet Package Insert (Certified) (M2114_0000005_0001).pdf
14 B - 2011 Suboxone Tablet Package Insert (Certified) (M2114_0000009_0001).pdf
14 C - 2014 Suboxone Tablet Package Insert (Certified) (M2114_0000011_0001).pdf
14 D - 2016 Suboxone Tablet Package Insert (Certified) (M2114_0000010_0001).pdf
14 E - 2011 Suboxone Tablet Package Insert (RBP0114_18534130).pdf

15 A - 2011 Subutex Package Insert (Certified) (M2114_0000006_0001).pdf
15 B - 2014 Subutex Package Insert (Certified) (M2114_0000007_0001).pdf
15 C - 2016 Subutex Package Insert (Certified) (M2114_0000008_0001).pdf

16 A - Investor Presentation Video (RB_Media_0009654).mp4
16 B - Suboxone Strip (Email) (RBP0114_18199563).pdf
16 C - Suboxone Strip (Attachment) (RBP0114_18199564).pdf

17 A - Pre-NDA Meeting Background Document (Certified) (M2114_0000020_0001).pdf
17 B - Pre-NDA Meeting Background Document (R2B2_E_00709283).pdf
17 C - PDR (Email) (RBP0114_18199916).pdf
17 D - PDR (Attachment) (RBP0114_18199917).pdf
17 E - Pipeline Development - Wafer-Film Product Image (RBP0114_13208120).pdf

18 A - Handwritten Notes (R2B2P_000086102).pdf
18 B - Handwritten Notes (R2B2P_000086087).pdf
18 C - Handwritten Notes (R2B2P_000086084).pdf
18 D - US Regulatory Input (RBP0114_13293753).pdf
18 E - Development (RBP0114_11322308).pdf
18 F - Child-proof Blister Packaging for USA (RBP0114_13272302).pdf
18 G - Handwritten Notes (RBP-00373291).pdf

19 A - Suboxone Film Approval Package (Certified) (M2114_0000021_0001).pdf
19 B - Suboxone Film Strip NDA 22-410 (RBP-01339960).pdf

20 A - 2010 Suboxone Film Package Insert (Certified) (M2114_0000012_0001).pdf
20 B - 2010 Suboxone Film Approval (Email) (RBP0114_8884933).pdf
20 C - 2010 Suboxone Film Approval (Attachment 1) (RBP0114_8884934).pdf
20 D - 2010 Suboxone Film Approval (Attachment 2) (RBP0114_8885021).pdf
20 E - Evolving Treatment, Empowering Patients (TF08072) (Original Paper Copy)
20 F - Evolving Treatment, Empowering Patients (TF08072) (RBP-01506065).pdf
20 G - 2012 Suboxone Film Package Insert (Certified) (M2114_0000014_0001).pdf
20 H - 2013 Suboxone Film Package Insert (Certified) (M2114_0000015_0001).pdf
20 I - 2014 Suboxone Film Package Insert (Certified) (M2114_0000013_0001).pdf
20 J - 2015 Suboxone Film Package Insert (Certified) (M2114_0000016_0001).pdf
20 K - 2016 Suboxone Film Package Insert (Certified) (M2114_0000017_0001).pdf

21 A - 2010 Marketing Plan (RBP-00373703).pdf
21 B - Value Prop and Messaging Slides (Email) (RBP0114_18251744).pdf
21 C - Value Prop and Messaging Slides (Attachment) (RBP0114_18251745).pdf

22 A - FMA Meeting Notes (Email) (RBP0114_16953228).pdf
22 B - FMA Meeting Notes (Attachment) (RBP0114_16953229).pdf
22 C - Tablet Removal Plan Overview (Email) (RBP0114_09794431).pdf
22 D - Tablet Removal Plan Overview (Attachment) (RBP0114_09794433).pdf
22 E - Working Session (RBP-02847115).xlsx

23 A - Complete Response (Certified) (M2114_0000023_0001).pdf
23 B - Suboxone FDA USA Update (Email) (RBP0114_8880714).pdf
23 C - Suboxone FDA USA Update (Attachment) (RBP0114_8880716).pdf

24 A - Briefing Book (Certified) (M2114_0000024_0001).pdf
24 B - Questions Regarding Labeling and Communication Plan (R2B2_E_00951998).pdf
24 C - Background for Discussion Today (Email) (RBP0114_09642540).pdf
24 D - Background for Discussion Today (Attachment) (RBP0114_09642542).pdf

25 A - Suboxone Film NDA Resubmission with Proposed REMS (RBP-00984984).pdf

26 A - Suboxone (RBP0114_16479940).pdf

27 A - General Advice (Certified) (M2114_0000025_001).pdf
27 B - General Advice (Email) (RBP0114_16491865).pdf
27 C - General Advice (Attachment) (RBP0114_16491866).pdf

28 A - RBECCA Review - Marketing White Paper (Email) (RBP0114_14724148).pdf
28 B - RBECCA Review - Marketing White Paper (Attachment) (RBP0114_14724151).pdf
28 C - General Advice (Email) (RBP0114_8890788).pdf
28 D - 2012 Pediatric Advisory Board Meeting (Email) (RBP0114_10178144).pdf
28 E - 2012 Pediatric Advisory Board Meeting (Attachment 1) (RBP0114_10178145).pdf
28 F - 2012 Pediatric Advisory Board Meeting (Attachment 2) (RBP0114_10178389).pdf
28 G - NA Commercial Review Meeting - Notes (Email) (RBP0114_13175704).pdf
28 H - NA Commercial Review Meeting - Notes (Attachment) (RBP0114_13175705).pdf
28 I - Mortality and Morbidity (RBP0114_11924662).pdf
28 J - Any Thoughts (RBP0114_11633880).pdf

29 A - NDA Approval (Certified) (M2114_0000026_0001).pdf
29 B - NDA Approval (RBP0114_8884934).pdf
29 C - Suboxone Film Approved (RBP0114_8885513).pdf
29 D - Slides for CL Playbook (Email) (RBP0114_5275514).pdf
29 E - Slides for CL Playbook (Attachment) (RBP0114_5275515).pdf

33 A - Congratulations (RBP0114_8900855).pdf

34 A - Central Zone Update (RBP0114_8557783).pdf

35 A - This Year's PDR Round - Accountability (RBP0114_8878631).pdf

36 A - Conference Call (Email) (RBP0114_13241651).pdf
36 B - Conference Call (Attachment) (RBP0114_13241655).pdf
36 C - Pharmacy Stocking Workshop Facilitator's Guide (Email) (RBP0114_8885927).pdf
36 D - Pharmacy Stocking Workshop Facilitator's Guide (Attachment) (RBP0114_8885928).pdf

37 A - Requested Reports from DSI (DIRECTSUCCESS_0268951).pdf
37 B - Admin ABU BAR (Jan 1, 2011) (DIRECTSUCCESS_0268952).pdf
37 C - SoCal BAR Week Ending 1-8-11 (Email) (RBP0114_5016709).pdf
37 D - SoCal BAR Week Ending 1-8-11 (Attachment) (RBP0114_5016710).pdf

38 A - Work With (RBP0114_8655156).pdf

40 A - RBP (Email) (RBP0114_12838799).pdf
40 B - RBP (Attachment) (RBP0114_12838800).pdf

41 A - RBP - July 2012 Presentation (Email) (RBP0114_12844968).pdf
41 B - RBP - July 2012 Presentation (Attachment) (RBP0114_12844969).ppt

42 A - Great Plains BAR 10-30-2010 (Email) (RBP0114_3070954).pdf
42 B - Great Plains BAR 10-30-2010 (Attachment) (RBP0114_3070956).pdf

43 A - Admin ABU BAR (Sept 1, 2010) (DIRECTSUCCESS_0268965).pdf
43 B - Greater Tri-State BAR 9-4-2010 (Email) (RBP0114_4802145).pdf
43 C - Greater Tri-State BAR 9-4-2010 (Attachment) (RBP0114_4802147).pdf

44 A - Call Note (Sept 10, 2010) (1561026).pdf

45 A - Call Note (Sept 30, 2010) (1586669).pdf

46 A - Greater MI BARs 12-18, 12-25, 1-1 (Email) (RBP0114_8587914).pdf
46 B - Greater MI BARs 12-18, 12-25, 1-1 (Attachment 1) (RBP0114_8587915).pdf
46 C - Greater MI BARs 12-18, 12-25, 1-1 (Attachment 2) (RBP0114_8587919).pdf
46 D - Greater MI BARs 12-18, 12-25, 1-1 (Attachment 3) (RBP0114_8587925).pdf

50 A - Admin ABU BAR (Feb 1, 2011) (DIRECTSUCCESS_0268954).pdf
50 B - Greater MI BAR 1-8-11 (Email) (RBP0114_16335169).pdf
50 C - Greater MI BAR 1-8-11 (Attachment) (RBP0114_16335171).pdf

51 A - Call Notes (Jan 11, 2011) (1677333).pdf

52 A - Admin ABU BAR (Mar 1, 2011) (DIRECTSUCCESS_0268955).pdf
52 B - MidWest BAR, Feb 5 2011 (Email) (RBP0114_8606421).pdf
52 C - MidWest BAR, Feb 5 2011 (Attachment) (RBP0114_8606422).pdf

54 A - BAR Report (Email) (RBP0114_3988800).pdf
54 B - BAR Report (Attachment) (RBP0114_3988801).pdf
54 C - BAR Report (Email) (RBP0114_12115367).pdf
54 D - BAR Report (Attachment) (RBP0114_12115368).pdf

55 A - Admin ABU BAR (April 1, 2011) (DIRECTSUCCESS_0268957).pdf
55 B - Great Plains BAR WE 3-5-11 (Email) (RBP0114_14084150).pdf
55 C - Great Plains BAR WE 3-5-11 (Attachment 1) (RBP0114_14084151).pdf
55 D - Great Plains BAR WE 3-5-11 (Attachment 2) (RBP0114_14084152).pdf

56 A - MidWest BAR, 3-5-11 (Email) (RBP0114_8578547).pdf
56 B - MidWest BAR, 3-5-11 (Attachment) (RBP0114_8578548).pdf

57 A - Admin ABU BAR (May 1, 2011) (DIRECTSUCCESS_0268959).pdf
57 B - Greater Chicago BAR 4-16-11 (Email) (RBP0114_8606871).pdf
57 C - Greater Chicago BAR 4-16-11 (Attachment) (RBP0114_8606872).pdf

58 A - BAR Report (Email) (RBP0114_4879445).pdf
58 B - BAR Report (Attachment) (RBP0114_4879446).pdf

59 A - Admin ABU BAR (June 1, 2011) (DIRECTSUCCESS_0268960).pdf
59 B - BAR Report (Email) (RBP0114_5019060).pdf
59 C - BAR Report (Attachment) (RBP0114_5019061).pdf

60 A - BAR Report (Email) (RBP0114_4884933).pdf
60 B - BAR Report (Attachment) (RBP0114_4884934).pdf

61 A - Admin ABU BAR (July 1, 2011) (DIRECTSUCCESS_0268963).pdf
61 B - Bi-Weekly Activity Report AKA the BAR (Email) (RBP0114_4561053).pdf
61 C - Bi-Weekly Activity Report AKA the BAR (Attachment) (RBP0114_4561055).pdf

62 A - Admin ABU BAR (Aug 1, 2011) (DIRECTSUCCESS_0268964).pdf
62 B - BAR (Email) (RBP0114_4594376).pdf
62 C - BAR (Attachment) (RBP0114_4594377).pdf

63 A - BAR Follow Up (Email) (RBP0114_3961275).pdf
63 B - BAR Follow Up (Attachment) (RBP0114_3961276).pdf

65 A - Keystone QPC BAR 7-23-11 (Email) (RBP0114_6453433).pdf
65 B - Keystone QPC BAR 7-23-11 (Attachment) (RBP0114_6453437).pdf

68 A - Admin ABU BAR (Sept 1, 2011) (DIRECTSUCCESS_0268966).pdf
68 B - Mid-Atlantic POWER BAR MY Business . . . OUR Future (Email) (RBP0114_3859600).pdf
68 C - Mid-Atlantic POWER BAR MY Business . . . OUR Future (Attachment) (RBP0114_3859604).pdf

69 A - Admin ABU BAR (Nov 1, 2011) (DIRECTSUCCESS_0268970).pdf
69 B - Crossing the Line Compiled Worksheet, 10-25-11 (Email) (RBP0114_13796388).pdf
69 C - Crossing the Line Compiled Worksheet, 10-25-11 (Attachment) (RBP0114_13796390).pdf
69 D - Needed - Cross the Line Update (Email) (RBP0114_0008956).pdf
69 E - Needed - Cross the Line Update (Attachment) (RBP0114_0008957).pdf

70 A - Admin ABU BAR (Jan 1, 2012) (DIRECTSUCCESS_0268953).pdf
70 B - Mid-Atlantic BAR WE 11-11-2011 (Email) (RBP0114_8637333).pdf
70 C - Mid-Atlantic BAR WE 11-11-2011 (Attachment) (RBP0114_8637337).pdf

71 A - Cross the Line, Action Needed, Best Practice (Email) (RBP0114_2884090).pdf
71 B - Cross the Line, Action Needed, Best Practice (Attachment) (RBP0114_2884092).pdf
71 C - G.R. Cross the Line Best Practices (RBP0114_0037601).pdf

72 A - Fri 8am Sharing Best Practices So CA Area Conf Call (Email) (RBP0114_3967520).pdf
72 B - Fri 8am Sharing Best Practices So CA Area Conf Call (Attachment) (RBP0114_3967521).pdf
72 C - PI Worksheet (Email) (RBP0114_4872447).pdf

72 D - PI Worksheet (Attachment) (RBP0114_4872448).pdf
72 E - Feb 22 Weekly Report (RBP0114_5445406).pdf
72 F - Mid-Atlantic Launch and Learn - Week 10 (RBP0114_3849864).pdf
72 G - Admin ABU BAR (June 15, 2012) (DIRECTSUCCESS_0268961).pdf
72 H - Admin ABU BAR (Oct 1, 2010) (DIRECTSUCCESS_0268967).pdf
72 I - Admin ABU BAR (Oct 1, 2011) (DIRECTSUCCESS_0268968).pdf
72 J - Admin ABU BAR (Dec 1, 2010) (DIRECTSUCCESS_0268971).pdf
72 K - Admin ABU BAR (Nov 1, 2010) (DIRECTSUCCESS_0268969).pdf
72 L - Admin ABU BAR (Sept 1, 2010) (DIRECTSUCCESS_0268965).pdf
72 M - Keystone 02-19-11 Film Action BAR (Email) (RBP0114_6458148).pdf
72 N - Keystone 02-19-11 Film Action BAR (Attachment) (RBP0114_6458152).pdf
72 O - Mid-Atlantic Power Bar Ready for the Next 1-3 (Email) (RBP0114_3832742).pdf
72 P - Mid-Atlantic Power Bar Ready for the Next 1-3 (Attachment) (RBP0114_3832746).pdf

73 A - Eden Physician Launch Monitor Report (Email) (RBP-01697113).pdf
73 B - Eden Physician Launch Monitor Report (Attachment) (RBP-01697114).ppt
73 C - Eden Physician Launch Report (Email) (RBP0114_18253901).pdf
73 D - Eden Physician Launch Report (Attachment 1) (RBP0114_18253902).ppt
73 E - Eden Physician Launch Report (Attachment 2) (RBP0114_18253903).pdf
73 F - Eden Physician Launch Report (Attachment 3) (RBP0114_18253911).pdf

74 A - June 2011 Monthly Report (Email) (RBP0114_18511030).pdf
74 B - June 2011 Monthly Report (Attachment 1) (RBP0114_18511031).pdf
74 C - June 2011 Monthly Report (Attachment 2) (RBP0114_18511055).xlsx
74 D - June 2011 Monthly Report (Attachment 3) (RBP0114_18511056).xlsx
74 E - June 2011 Monthly Report (Attachment 4) (RBP0114_18511057).xlsx
74 F - May 9th Meeting Follow-up Items (Email) (RBP0114_18700165).pdf
74 G - May 9th Meeting Follow-up Items (Attachment 1) (RBP0114_18700166).pdf
74 H - May 9th Meeting Follow-up Items (Attachment 2) (RBP0114_18700168).pdf
74 I - May 9th Meeting Follow-up Items (Attachment 3) (RBP0114_18700169).pdf
74 J - May 9th Meeting Follow-up Items (Attachment 4) (RBP0114_18700171).pdf
74 K - May 9th Meeting Follow-up Items (Attachment 5) (RBP0114_18700174).pdf
74 L - May 9th Meeting Follow-up Items (Attachment 6) (RBP0114_18700177).pdf
74 M - May 9th Meeting Follow-up Items (Attachment 7) (RBP0114_18700179).pdf
74 N - BAR Reports (RBP0114_2393226).pdf
74 O - Admin ABU BAR (Dec 1, 2012) (DIRECTSUCCESS_0268972).pdf

75 A - URGENT RBECCA - Final Flashcard (RBP0114_18902781).pdf
75 B - COMING YOUR WAY Flashcard (Email) (RBP0114_8575595).pdf
75 C - COMING YOUR WAY Flashcard (Attachment 1) (RBP0114_8575596).pdf
75 D - COMING YOUR WAY Flashcard (Attachment 2) (RBP0114_8575598).pdf
75 E - Prep for Work (Email) (RBP0114_17762858).pdf
75 F - Prep for Work (Attachment 1) (RBP0114_17762861).pdf

76 A – Evolving Treatment Empowering Patients (TF08081) (RB-DOJ-000025866).pdf and Original Paper Copy

76 B - Evolving Treatment Empowering Patients (TF08135) (DIRECTSUCCESS_P_0000110).pdf and Original Paper Copy
76 C - Evolving Treatment for Opioid Dependence (TF08175R1) (DIRECTSUCCESS_P_0000113).pdf and Original Paper Copy
76 D - Root Causes, Clinical Effects, and Outcomes of Unintentional Exposures to Buprenorphine by Young Children.pdf
76 E - Summary of NI Program and Key Marketing Messages (Email) (RBP0114_12963282).pdf
76 F - Summary of NI Program and Key Marketing Messages (Attachment 1) (RBP0114_12963297).pdf
76 G - Summary of NI Program and Key Marketing Messages (Attachment 2) (RBP0114_12963307).pdf
76 H - Persistency RETRO Data Generic and Compared to Film (RBP0114_10102946).pdf
76 I - POA Marketing Materials Review Session (Email) (RBP0114_13885835).pdf
76 J - POA Marketing Materials Review Session (Attachment 1) (RBP0114_13885837).pdf
76 K - POA Marketing Materials Review Session (Attachment 2) (RBP0114_13885839).pdf
76 L - URGENT RE Scan from a Xerox Workcentre (RBP0114_10120117).pdf
76 M - Scientific Authorship (RBP0114_16496360).pdf
76 N - KOL Interactions-RADARS (RBP0114_13221006).pdf
76 O - Follow-up on IRFs (RBP0114_12305270).pdf
76 P - There Is No Substitute (TF08158R1) (DIRECTSUCCESS_P_0000418).pdf and Original Paper Copy
76 Q - There Is No Substitute (SBF-0066-oNov2012) (DIRECTSUCCESS_P_0000369).pdf and Original Paper Copy
76 R - Change Starts in Your Practice (SBF-0119-oApr2013) (DIRECTSUCCESS_P_0000382).pdf and Original Paper Copy
76 S - Buprenorphine-Naloxone Sublingual Film Diversion and Abuse Rates Are Less than Rates for Tablet Formulations (SBF-0139-oMay2013) (DIRECTSUCCESS_P_0000385).pdf and Original Paper Copy
76 T - Abuse and Diversion of Buprenorphine Sublingual Tablets and Film.pdf
76 U - No Subject (Email) (RBP0114_17547090).pdf
76 V - No Subject (Attachment) (RBP0114_17547091).pdf
76 W - The Diversion and Injection of a Buprenorphine-Naloxone Soluble Film Formulation (RBP0114_18031850).pdf
76 X - Patient Experience and Efficacy (Email) (RBP0114_15879346).pdf
76 Y - Patient Experience and Efficacy (Attachment) (RBP0114_15879348).pdf
76 Z - Evolving Treatment, Empowering Patients (TF08135) (R2B2_E_00873278).pdf
76 ZA - Evolving Treatment for Opioid Dependence (TF08175R1) (R2B2_E_00080288).pdf

77 A - Shipment Log (Roanoke).xlsx
77 B - Shipment Log (Greeneville).xlsx

79 A - R. Pediatric Exposure Study Executed SOW (Email) (RBP0114_19107383).pdf
79 B - R. Pediatric Exposure Study Executed SOW (Attachment) (RBP0114_19107384).pdf
79 C - Please Review (RBP0114_18600835).pdf

80 A - On Suboxone (RBP0114_19011040).pdf

81 A - Interim Report on Accidental Pediatric Exposure (Email) (RBP0114_7473274).pdf
81 B - Interim Report on Accidental Pediatric Exposure (Attachment) (RBP0114_7473275).pdf
81 C - Final Revised Exec Summary (VEN0020010549).pdf
81 D - Any Thoughts (RBP0114_8210036).pdf
81 E - Surveillance of Poisoning Exposures Monthly Report Thirty-Nine (RBP0114_10055484).pdf
81 F - Accidental Exposure to Buprenorphine in Children (VEN0020019151).pdf
81 G - Interim Report on Accidental Pediatric Exposure (VEN0020019321).pdf

82 A - Suboxone Tablet Communication Strategy-Plan (Email) (RBP0114_18230384).pdf
82 B - Suboxone Tablet Communication Strategy-Plan (Attachment 1) (RBP0114_18230385).pdf
82 C - Suboxone Tablet Communication Strategy-Plan (Attachment 2) (RBP0114_18230386).pdf
82 D - Root Cause Analysis Executive Summary (Email) (RBP0114_18880633).pdf
82 E - Root Cause Analysis Executive Summary (Attachment) (RBP0114_18880635).pdf
82 F - Accidental Pediatric Exposure Project Executive Summary (Email) (VEN0020019432).pdf
82 G - Accidental Pediatric Exposure Project Executive Summary (Attachment) (VEN0020019433).pdf

83 A - Notice of Discontinuance (Email) (RBP0114_19006531).pdf
83 B - Notice of Discontinuance (Attachment 1) (RBP0114_19006533).pdf
83 C - Notice of Discontinuance (Attachment 2) (RBP0114_19006534).pdf
83 D - Notice of Discontinuance (Attachment 3) (RBP0114_19006536).pdf
83 E - Notice of Discontinuance (Attachment 4) (RBP0114_19006537).pdf

84 A - Citizen Petition -- Pediatric Exposure to Buprenorphine for OD (Email) (RBP0114_18906733).pdf
84 B - Citizen Petition -- Pediatric Exposure to Buprenorphine for OD (Attachment 1) (RBP0114_18906734).pdf
84 C - Citizen Petition -- Pediatric Exposure to Buprenorphine for OD (Attachment 2) (RBP0114_18906782).pdf
84 D - Citizen Petition -- Pediatric Exposure to Buprenorphine Tablets (Email) (RBP0114_19112654).pdf
84 E - Citizen Petition -- Pediatric Exposure to Buprenorphine Tablets (Attachment 1) (RBP0114_19112655).pdf
84 F - Citizen Petition -- Pediatric Exposure to Buprenorphine Tablets (Attachment 2) (RBP0114_19112703).pdf
84 G - Citizen Petition -- Pediatric Exposure to Buprenorphine Tablets (Attachment 3) (RBP0114_19112704).pdf
84 H - Citizen Petition -- Pediatric Exposure to Buprenorphine Tablets (Attachment 4) (RBP0114_19112705).pdf
84 I - Blister Packaging Update & Next Steps 15Aug2011 (Email) (RBP0114_18240124).pdf

84 J - Blister Packaging Update & Next Steps 15Aug2011 (Attachment) (RBP0114_18240125).pdf
84 K - Letter (Certified) (M2114_0000002_0001).pdf

85 A - Urgent Query (Email) (RBP0114_18859645).pdf
85 B - Urgent Query (Attachment 1) (RBP0114_18859648).pdf
85 C - Urgent Query (Attachment 2) (RBP0114_18859650).pdf
85 D - Urgent Query (Attachment 3) (RBP0114_18859653).pdf
85 E - Urgent Query (Email) (RBP0114_18614802).pdf
85 F - Urgent Query (Attachment 1) (RBP0114_18614805).pdf
85 G - Urgent Query (Attachment 2) (RBP0114_18614807).pdf
85 H - Urgent Query (Attachment 3) (RBP0114_18614810).pdf
85 I - Follow Up on Manuscript (VEN0020014008).pdf

86 A - RNS Press Release US CP (Email) (RBP0114_18209882).pdf
86 B - RNS Press Release US CP (Attachment) (RBP0114_18209883).pdf
86 C - RNS Press Release US CP (RBP0114_18188137).pdf
86 D - RNS Has Gone Live -- Attached Is the Final Statement (Email) (RBP0114_16486865).pdf
86 E - RNS Has Gone Live -- Attached Is the Final Statement (Attachment) (RBP0114_16486866).pdf
86 F - Press Release.pdf
86 G - Press Release.pdf

87 A - Updated-Additional Field Support Documents--PLEASE READ (Email) (RBP0114_16345031).pdf
87 B - Updated-Additional Field Support Documents--PLEASE READ (Attachment 1) (RBP0114_16345033).pdf
87 C - Updated-Additional Field Support Documents--PLEASE READ (Attachment 2) (RBP0114_16345036).pdf
87 D - Updated-Additional Field Support Documents--PLEASE READ (Attachment 3) (RBP0114_16345042).pdf
87 E - Updated-Additional Field Support Documents--PLEASE READ (Attachment 4) (RBP0114_16345060).pdf
87 F - Updated-Additional Field Support Documents--PLEASE READ (Attachment 5) (RBP0114_16345066).pdf
87 G - Updated-Additional Field Support Documents--PLEASE READ (Attachment 6) (RBP0114_16345069).pdf
87 H - Updated-Additional Field Support Documents--PLEASE READ (Attachment 7) (RBP0114_16345072).pdf
87 I - Updated-Additional Field Support Documents--PLEASE READ (Attachment 8) (RBP0114_16345074).pdf
87 J - Updated-Additional Field Support Documents--PLEASE READ (Attachment 9) (RBP0114_16345077).pdf
87 K - Updated-Additional Field Support Documents--PLEASE READ (Attachment 10) (RBP0114_16345081).pdf

87 L - Updated-Additional Field Support Documents--PLEASE READ (Attachment 11) (RBP0114_16345087).pdf

89 A - Pediatric Study Documents (DHHA_0229499).pdf
89 B - Root Cause Manuscript - Quality vs Time (RBP0114_8784303).pdf
89 C - R. Report (Email) (RBP0114_8720057).pdf
89 D - R. Report (Attachment) (RBP0114_8720058).pdf
89 E - Manuscript Decision by P. (VEN0030001101).pdf

91 A - Massachusetts PR Proposal (Email) (RBP0114_3548158).pdf
91 B - Massachusetts PR Proposal (Attachment) (RBP0114_3548166).pdf
91 C - Massachusetts PR Proposal (Email 2) (RBP0114_0961517).pdf
91 D - Massachusetts PR Proposal (Email 3) (RBP0114_17035816).pdf
91 E - Monitoring Report - For 3-11-11 (RBP0114_7547997).pdf
91 F - Consulting Agreement (R2B2_E_00881615).pdf
91 G - Op-Ed (RBP0114_0956999).pdf
91 H - Op-Ed (R2B2_E_00493284).pdf
91 I - OpEd M.H. (R2B2_E_00493458).pdf

92 A - Article in A&D (Email) (RBP0114_13300779).pdf
92 B - Article in A&D Attachment) (RBP0114_13300781).pdf

93 A – M.H. Suboxone Film (Email 1) (R2B2_E_00493351).pdf
93 B – M.H. Suboxone Film (Email 2) (R2B2_E_00493360).pdf
93 C - Have to Know When to Hold Them, and Know When to Fold Em (R2B2_E_00493371).pdf
93 D - Expense Report (R2B2_E_00433233).pdf

94 A - Pediatric Exposure Study (RBP0114_12457414).pdf
94 B - Mass Medicaid (RBP0114_13198234).pdf
94 C - Exposure Rates (Pediatric) URGENT (RBP0114_09611391).pdf
94 D - Thank You (RBP0114_10179437).pdf
94 E - Meeting with Massachusetts Medicaid Director (R2B2_E_00075770).pdf
94 F - Draft of My Report (RBP0114_10184706).pdf
94 G - Meeting (RBP0114_13246758).pdf
94 H - Suboxone Film and Unintentional Pediatric Exposures.pdf
94 I - Pediatric Exposure Data Regarding Suboxone Sublingual Film.pdf
94 J - The Truth (RBP0114_10277738).pdf
94 K - Surreptitious Recording (RBREC_0000005).MP3
94 L - PDR 2012 Evaluation Redraft (Email) (RBP0114_16505093).pdf
94 M - PDR 2012 Evaluation Redraft (Attachment) (RBP0114_16505094).pdf
94 N - Partnership Proposal for Massachusetts (MASSMaterials_0000009).pdf
94 O - M.H. Suboxone Film Meeting, Thank You Etc (RBP-02559796).pdf
94 P - Public Sector Film Coverage Update (R2B2_E_00877149).pdf
94 Q - M.H. DUR Update (R2B2_E_00880978).pdf
94 R - Massachusetts Push-Through Plan (R2B2_E_00878808).pdf

94 S - M.H. DUR Update (R2B2_E_00880978).pdf
94 T - Emails (MASSMaterials_0000008).pdf
94 U - M.H. Update (R2B2_E_00881569).pdf
94 V - Mixed Day -- Seeking Wisdom (R2B2_E_00881572).pdf
94 W - M.H. Suboxone Issue Brief (MASSMaterials_0000010).pdf
94 X - Suboxone (MASSMaterials_0000003).pdf
94 Y - Congratulations and Topic of Common Interest from Fellow MD-MBA (MASSMaterials_0000005).pdf
94 Z - M.H. Letter (RBP0114_8760184).pdf
94 ZA - Buprenorphine-Naloxone Tablets.pdf
94 ZB - Correspondence Log (MASSMaterials_0000006).pdf
94 ZC - Massachusetts Exposure Numbers (Email) (RBP0114_2407179).pdf
94 ZD - Massachusetts Exposure Numbers (Attachment) (RBP0114_2407180).xlsx
94 ZE - PA Testimony (Email) (RBP0114_2400032).pdf
94 ZF - PA Testimony (Attachment) (RBP0114_2400033).pdf
94 ZG - Testimony (Email) (RBP0114_16350811).pdf
94 ZH - Testimony (Attachment) (RBP0114_16350811).pdf

95 A - Thank You (RBP0114_7233873).pdf
95 B - Questions on Opioid Addiction (RBP0114_8771957).pdf
95 C - Kentucky (RBP0114_2406919).pdf
95 D - State by State Data Update (RBP0114_2406915).pdf
95 E - Report (Attachment) (RBP0114_8720058).pdf
95 F - Report (Email) (RBP0114_8720057).pdf

96 A - Clipboard Materials (R2B2P_000830589).pdf and Original Physical Clipboard
96 B - Physician Letter (Email) (RBP0114_4743700).pdf
96 C - Physician Letter (Attachment) (RBP0114_4743702).pdf

98 A - HTH Log (Redacted) (M2077_78_81_0000003).xlsx
98 B - HTH TIPS (RBP0114_12109909).pdf
98 C - Here to Help Recording A (Redacted) (048_2015_03_13_123847223).wav
98 D - Here to Help Recording C (Redacted) (020_2013_08_19_115714187_1709).wav
98 E - Here to Help Recording D1 (Redacted) (047_2013_03_22_085407585_1663).wav
98 F - Here to Help Recording D2 (Redacted) (132_2013_01_10_150742594_1594).wav
98 G - Here to Help Recording D3 (Redacted) (034_2016_11_04_112835056_2375).wav
98 H - Meeting Summary (ASHFIELD-0001965).pdf
98 I - eCRM Requirements (ASHFIELD-0015242).pdf

99 A - Call Notes A.xls
99 B - Call Notes B.xls
99 C - Call Notes C.xls
99 D - Call Notes D.xls
99 E - Call Notes E.xls
99 F - Call Notes F.xls
99 G - Call Notes G.xls

99 H - Call Notes H.xls
99 I - Forms (13PHM038c_000006).pdf
99 J - Surreptitious Recording (RBREC_0000009).MP3

100 A - Provider Patient Tracking 200902 (Email) (RBP0114_14428307).pdf
100 B - Provider Patient Tracking 200902 (Attachment) (RBP0114_14428308).xls
100 C - Diversion (Email) (RBP0114_8629897).pdf
100 D - Diversion (Attachment) (RBP0114_8629899).xls
100 E - Doctor in Toledo, OH (RBP0114_09692394).pdf
100 F - Requested Reports (Email) (DIRECTSUCCESS_0013645).pdf
100 G - Requested Reports (Attachment) (DIRECTSUCCESS_0013646).xlsx
100 H - High Risk MDs (Email) (RBP0114_18853087).pdf
100 I - High Risk MDs (Attachment 1) (RBP0114_18853089).pdf
100 J - High Risk MDs (Attachment 2) (RBP0114_18853090).pdf
100 K - High Risk MDs (Attachment 3) (RBP0114_18853091).pdf
100 L - High Risk MDs (Attachment 4) (RBP0114_18853092).pdf
100 M - High Risk MDs (Attachment 5) (RBP0114_18853093).pdf
100 N - Doctor (RBP0114_8614721).pdf
100 O - Reports of Concern (RBP0114_0000244).pdf
100 P - Physician Delete Request (RBP-01127383).pdf

101 A - Alert - Suboxone (RBP0114_8888737).pdf
101 B - BLT Materials (Email) (RBP0114_8600513).pdf
101 C - BLT Materials (Attachment 1) (RBP0114_8600514).xls
101 D - BLT Materials (Attachment 2) (RBP0114_8600515).pdf
101 E - BLT Materials (Attachment 3) (RBP0114_8600516).pdf
101 F - Notebook (R2B2P_000095109).pdf
101 G - Info-Clarification (RBP0114_3770320).pdf

103 A - Doctor in Galax (RBP-00885398).pdf

105 A - ASAM Doctors (RBP0114_09848306).pdf

109 A - Risk Doctor Visits (RBP0114_3789517).pdf

116 A - The South (RBP0114_10140210).pdf

120 A - History of Potential At Risk Prescribers in Your Area (RBP0114_8561761).pdf

122 A - This Is the Moment (RBP0114_8882470).pdf

123 A - 2010 PDR (Email) (RBP0114_0038290).pdf
123 B - 2010 PDR (Attachment) (RBP0114_0038291).pdf
123 C - Award Winners Presented 2006-2013 (Email) (RBP0114_7025145).pdf
123 D - Award Winners Presented 2006-2013 (Attachment) (RBP0114_7025150).xls

126 A - Surreptitious Recording (RBREC_0000003).MP3

129 A - FCR June 24, 2008 (Email) (RBP0114_8650159).pdf
129 B - FCR June 24, 2008 (Attachment) (RBP0114_8650160).pdf

130 A - MidWest BAR, 7-11 (Email) (RBP0114_0088477).pdf
130 B - MidWest BAR, 7-11 (Attachment) (RBP0114_0088478).pdf

131 A - Follow-up to Telephone Call (RBP0114_8632260).pdf

133 A - S.R. (RBP0114_8617297).pdf

136 A - Dosing by S.R. Physicians (RBP0114_8637980).pdf

139 A - S.R. Physician Meeting (RBP0114_0014131).pdf

141 A - Agreed Order of Indefinite Restriction (NONEV00000044).pdf

143 A - Indictment in 3-15-cr-14 (E.D. Ky.).pdf
143 B - Judgment in 3-15-cr-14 (E.D. Ky.).pdf
143 C - Judgment in 17-6528 (6th Cir.).pdf

144 A - Important SUBOXONE Price Increase (Email) (RBP0114_13887005).pdf
144 B - Important SUBOXONE Price Increase (Attachment) (RBP0114_13887006).pdf
144 C - Important SUBOXONE TABLET Price Increase (Email) (RBP0114_4946318).pdf
144 D - Important SUBOXONE TABLET Price Increase (Attachment) (RBP0114_4946319).pdf
144 E - Price Increase Suboxone Tablet (Email) (RBP0114_4843228).pdf
144 F - Price Increase Suboxone Tablet (Attachment) (RBP0114_4843229).pdf
144 G - Price Increase (Email) (RBP0114_8600360).pdf
144 H - Price Increase (Attachment) (RBP0114_8600361).pdf
144 I - Suboxone Tablet Price Increase (Email) (RBP0114_8572373).pdf
144 J - Suboxone Tablet Price Increase (Attachment) (RBP0114_8572374).pdf
144 K - Pharmaceutical Price Increase Approval (R2B2_E_00818293).pdf
144 L - Pricing (RBP0114_8655961).pdf
144 M - Price Increase Approvals (Email) (RBP0114_5180420).pdf
144 N - Price Increase Approvals (Attachment 1) (RBP0114_5180421).pdf
144 O - Price Increase Approvals (Attachment 2) (RBP0114_5180422).pdf
144 P - Price Increase Approvals (Attachment 3) (RBP0114_5180423).pdf
144 Q - Price Increase Approvals (Attachment 4) (RBP0114_5180424).pdf

146 A - 2012 Special Recognition Award (Email) (RBP0114_18235256).pdf
146 B - 2012 Special Recognition Award (Attachment 1) (RBP0114_18235261).pdf
146 C - 2012 Special Recognition Award (Attachment 2) (RBP0114_18235265).pdf
146 D - 2012 Special Recognition Award (Attachment 3) (RBP0114_18235274).pdf
146 E - Special Recognition (Email) (RBP0114_13204335).pdf
146 F - Special Recognition (Attachment) (RBP0114_13204336).pdf

147 A - Weekly Suboxone Update (RBP0114_13212904).pdf

148 A - Follow Up on RBP LTIs (Email) (RBP0114_18216541).pdf
148 B - Follow Up on RBP LTIs (Attachment) (RBP0114_18216544).pdf

Count 8 A - BAR Reports (Email) (RBP0114_13927189).pdf
Count 8 B - BAR Reports (Attachment 1) (RBP0114_13927190).pdf
Count 8 C - BAR Reports (Attachment 2) (RBP0114_13927205).pdf

Count 9 A - No Subject (Email) (RBP0114_17793797).pdf
Count 9 B - No Subject (Attachment 1) (RBP0114_17793799).pdf
Count 9 C - No Subject (Attachment 2) (RBP0114_17793812).pdf

Count 10 A - BAR Reports (Email) (RBP0114_17797159).pdf
Count 10 B - BAR Reports (Attachment 1) (RBP0114_17797160).pdf
Count 10 C - BAR Reports (Attachment 2) (RBP0114_17797172).pdf
Count 10 D - BAR Reports (Attachment 3) (RBP0114_17797181).pdf

Count 12 A - BAR (Email) (RBP0114_4594376).pdf
Count 12 B - BAR (Attachment) (RBP0114_4594377).pdf

    Respectfully submitted,

    DANIEL P. BUBAR
    First Assistant United States Attorney
    Attorney for the United States, Acting Under
    Authority Conferred by 28 U.S.C. § 515

    /s/ Albert P. Mayer, VSB No. 86024
    Randy Ramseyer
    Kristin L. Gray
    Joseph S. Hall
    Garth W. Huston
    Janine M. Myatt
    Carol L. Wallack
    United States Attorney's Office
    180 West Main Street
    Abingdon, VA 24210
    Tel:    (276) 628-4161
    Fax:   (276) 628-7399
    Email: albert.p.mayer@usdoj.gov


    DAVID MORRELL
    Deputy Assistant Attorney General

                Matthew J. Lash
                Charles J. Biro
                United States Department of Justice
                Civil Division, Consumer Protection Branch
                950 Pennsylvania Avenue, NW
                Washington, DC  20530
                Tel:     (202) 514-3764
                Email: matthew.j.lash@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on February 18, 2020, I electronically filed the foregoing Exhibit List with the Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel of record in this matter.

/s/ Albert P. Mayer, VSB No. 86024