CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 25 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:19-CR-00016 |
| V. ) | |
| ) | |
| INDIVIOR INC. (a/k/a Reckitt ) | |
| Benckiser Pharmaceuticals Inc.) and ) | |
| INDIVIOR PLC ) | |

## ORDER

Upon motion of the United States, based on the record herein and for good cause shown, it is hereby ORDERED that the United States' Reply in Support of the United States' Application for a Protective Order and the Affidavit of Special Agent Darren Petri are SEALED until any further Order of the Court.

ENTERED: this 24th day of Feb., 2020.

By: /s/ Pamela Meade Sargent
United States Magistrate Judge