UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - MOTION HEARING

Case No.:  1:19CR16                      Date:  2/27/20

Defendant:  Indivior, Inc. and Indivior PLC        Counsel:  Georgina Druce
                                                    James Loonam
                                                    James Wooley
                                                    Jennifer DeGraw
                                                    Peter Romatowski
                                                    Thomas Bondurant

PRESENT:       JUDGE:             James P. Jones      TIME IN COURT:  1:30 – 2:35 p.m.
               Deputy Clerk:      Felicia Clark                    Total: 1 hour 5 minutes
               Court Reporter:    Donna Prather, OCR
               U. S. Attorney:    Albert Mayer, Randy Ramseyer and Daniel Bubar

**PROCEEDINGS:**

Motion hearing held in re: DE 252 – Motion to Dismiss. All parties were present and ready to proceed. Oral argument by defense counsel and the government. Court took under advisement DE 252 – Motion to Dismiss. Court discussed case progression with counsel. Court adjourned.