| AO435<br>(Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. REQUESTOR INFORMATION | NAME<br>Constance S. Williams | TELEPHONE NUMBER<br>866-423-3320 |
|---|---|---|
| DATE OF REQUEST<br>2/28/20 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>constance.s.williams@thomsonreuters.com | |
| MAILING ADDRESS<br>2355 Old Hanover Road | | CITY, STATE, ZIP CODE<br>Sandston, Virginia 23150 |
| 2. TRANSCRIPT REQUESTED | NAME OF COURT REPORTER Donna Prather<br><br>OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>1:19-CR-16 | CASE NAME<br>USA v. Indivior, Inc., et al. | JUDGE'S NAME<br>James P. Jones |
| DATE(S) OF PROCEEDING(S)<br>02/27/2020 | TYPE OF PROCEEDING(S)<br>Motion Hearing | LOCATION OF PROCEEDING<br>Abingdon |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):
I have already been in contact with U.S. Court Reporter Donna Prather and the fee for Transcript is $50.40

3. SERVICE TYPE (See Page 2 for descriptions of each service turn-around category.)

[ ] Ordinary (30-Day)    [ ] Daily
[ ] 14-Day               [ ] Hourly
[ ] Expedited (7-Day)    [ ] RealTime
[ ] 3-Day

4. CERTIFICATION: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>2/28/20 | SIGNATURE<br>*Constance S. Williams* |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.