**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                      **CASE NO. 1:19cr00016**

**INDIVIOR INC. (a/k/a Reckitt Benckiser**
   **Pharmaceuticals Inc.) and**
**INDIVIOR PLC**

**DEFENDANTS INDIVIOR INC. AND INDIVIOR PLC'S**
**EXHIBIT LIST**

Indivior Inc. and Indivior PLC (together "Indivior"), pursuant to the Court's Scheduling

Order (Doc. 79), identify the exhibits they may introduce in their case-in-chief at trial as follows.

Each exhibit is identified by its individual Bates number.  Indivior reserves the right to supplement

this exhibit list at a reasonable time in the future.

| Exhibit Number | Bates Number |
|---|---|
| DX 1 | M2114_0000018_0001 |
| DX 2 | M2114_0000005_0001 |
| DX 3 | RBP0114_18178863 |
| DX 4 | RBP-02289106 |
| DX 5 | INDIVIOR_00003509 |
| DX 6 | RBP0114_15097632 |
| DX 7 | R2B2P_000695135 |
| DX 8 | INDIVIOR_00003959 |
| DX 9 | RBP0114_6287729 |
| DX 10 | RBP-01902019 |
| DX 11 | Cstay.0012040 |
| DX 12 | DLG0048_0106486 |
| DX 13 | INDIVIOR_00003385 |
| DX 14 | R2B2_E_00064221 |
| DX 15 | RBP0114_17398920 |

| Exhibit Number | Bates Number |
|----------------|--------------|
| DX 16 | RBP0114_1822488 |
| DX 17 | RBP0114_0023924<br>RBP0114_0023926 |
| DX 18 | RBP0114_0040342<br>RBP0114_0040344 |
| DX 19 | INDIVIOR_00002432 |
| DX 20 | INDIVIOR_00000457 |
| DX 21 | RBP0114_19143927 |
| DX 22 | RBP0114_17223814 |
| DX 23 | INDIVIOR_00007367 |
| DX 24 | R2B2_E_00069857<br>R2B2_E_00069856<br>R2B2_E_00069855 |
| DX 25 | RBP0114_8247559 |
| DX 26 | R2B2_E_00859002 |
| DX 27 | R2B2P_000085803 |
| DX 28 | INDIVIOR_00000380 |
| DX 29 | INDIVIOR_00000377 |
| DX 30 | RBP-01636585 |
| DX 31 | RBP0114_10101375 |
| DX 32 | R2B2_E_00394236 |
| DX 33 | RBP-01411759 |
| DX 34 | RBP0114_11517555<br>RBP0114_11517556 |
| DX 35 | INDIVIOR_00000683 |
| DX 36 | RBP-02047386 |
| DX 37 | R2B2_E_00709283 |
| DX 38 | RBP0114_1699426 |
| DX 39 | RBP-00884679 |
| DX 40 | R2B2_E_00778511 |
| DX 41 | RBP0114_4595629 |
| DX 42 | R2B2_E_00204407 |
| DX 43 | RBP0114_12102233 |
| DX 44 | RBP-01631129 |
| DX 45 | RBP0114_17494912 |

23059/1/9254795v1

| Exhibit Number | Bates Number |
|---|---|
| DX 46 | R2B2_E_00254280 |
| DX 47 | RBP-02058265 |
| DX 48 | RBP-00708941<br>RBP-00708944 |
| DX 49 | RBP0114_2441834 |
| DX 50 | RBP-01339960 |
| DX 51 | R2B2_E_00204321 |
| DX 52 | RBP0114_2896006 |
| DX 53 | RBP-00913276<br>RBP-00913277 |
| DX 54 | RBP0114_8878024<br>RBP0114_8878026 |
| DX 55 | MISC_0019445 |
| DX 56 | RBP0114_8172099 |
| DX 57 | R2B2_E_00041474 |
| DX 58 | RBP-02707503 |
| DX 59 | RBP0114_17462761 |
| DX 60 | Subpoena_0001578 |
| DX 61 | RBP0114_8136206 |
| DX 62 | RBP0114_14901799<br>RBP0114_14901800 |
| DX 63 | M2114_0000023_0001 |
| DX 64 | RBP0114_17493111<br>RBP0114_17493109 |
| DX 65 | RBP0114_6061946<br>RBP0114_12663810 |
| DX 66 | M2114_0000024_0001 |
| DX 67 | Subpoena_0001599 |
| DX 68 | RBP-01787726 |
| DX 69 | RBP0114_12667775<br>RBP0114_12667778 |
| DX 70 | RBP0114_4293891<br>RBP0114_4293898 |
| DX 71 | RBP-00984984 |
| DX 72 | RBP0114_19143938 |
| DX 73 | RBP0114_17384084 |

3

| Exhibit Number | Bates Number |
|----------------|--------------|
| DX 74 | RBP0114_2667456 |
| DX 75 | RBP-01411732 |
| DX 76 | RBP0114_19143920 |
| DX 77 | RBP0114_18199434 |
| DX 78 | RBP-01658244 |
| DX 79 | INDIVIOR_00000684 |
| DX 80 | RBP0114_0168271 |
| DX 81 | RBP0114_2461807 |
| DX 82 | RBP-01659336 |
| DX 83 | RBP0114_14568714 |
| DX 84 | M2114_0000025_001 |
| DX 85 | RBP-01411921 |
| DX 86 | R2B2_E_00818636 |
| DX 87 | RBP0114_0046353 |
| DX 88 | R2B2_E_00204468 |
| DX 89 | RBP0114_0033885 |
| DX 90 | RBP0114_8454792 |
| DX 91 | BAKER006390_0001<br>BAKER006392_0001<br>BAKER006393_0001 |
| DX 92 | RBP-02853707 |
| DX 93 | RBP0114_0048437<br>RBP0114_0048441 |
| DX 94 | RBP-01792080 |
| DX 95 | M2114_0000012_0001 |
| DX 96 | M2114_0000026_0001 |
| DX 97 | RBP0114_10225289 |
| DX 98 | MISC_0019447 |
| DX 99 | RBP0114_2929148 |
| DX 100 | RBP0114_8648467 |
| DX 101 | RBP0114_0021043 |
| DX 102 | RBP0114_2495848 |
| DX 103 | RBP0114_12666515 |
| DX 104 | RBP-02590836 |

4

| Exhibit Number | Bates Number |
|---|---|
| DX 105 | RBP0114_19143903 |
| DX 106 | RBP0114_19143908 |
| DX 107 | RBP0114_18651539 |
| DX 108 | RBP-02590900 |
| DX 109 | INDIVIOR_00001926 |
| DX 110 | R2B2_E_00207256 |
| DX 111 | RBP0114_17035144 |
| DX 112 | R2B2_E_00854920 |
| DX 113 | R2B2_E_00854921 |
| DX 114 | R2B2_E_00207259 |
| DX 115 | RBP0114_11912486<br>RBP0114_11912487 |
| DX 116 | RBP0114_1137593<br>RBP0114_1137595 |
| DX 117 | R2B2_E_00207261 |
| DX 118 | INDIVIOR_00001777<br>INDIVIOR_00001780 |
| DX 119 | INDIVIOR_00001105 |
| DX 120 | RBP-01068940 |
| DX 121 | RBP0114_3498087 |
| DX 122 | RBP-01072653 |
| DX 123 | RBP-01073348 |
| DX 124 | RBP-01073837<br>RBP-01073838 |
| DX 125 | R2B2_E_00205544 |
| DX 126 | INDIVIOR_00002413 |
| DX 127 | INDIVIOR_00001055 |
| DX 128 | RBP0114_15894380<br>RBP0114_15894381 |
| DX 129 | RBP-01078847 |
| DX 130 | INDIVIOR_00002479 |
| DX 131 | M2114_0000006_0001 |
| DX 132 | M2114_0000009_0001 |
| DX 133 | RBP0114_18534130 |
| DX 134 | RBP0114_16026296 |

23059/1/9254795v1

| Exhibit Number | Bates Number |
|---|---|
| DX 135 | RBP-01099196 |
| DX 136 | INDIVIOR_00001254 |
| DX 137 | INDIVIOR_00000755 |
| DX 138 | RBP0114_2478066 |
| DX 139 | RBP0114_5244419 |
| DX 140 | RBP-02966846 |
| DX 141 | RBP0114_8237626 |
| DX 142 | INDIVIOR_00003294 |
| DX 143 | RBP-01114749 |
| DX 144 | RBP0114_7223719 |
| DX 145 | RBP-02743385 |
| DX 146 | RBP0114_8753482 |
| DX 147 | INDIVIOR_00000182 |
| DX 148 | RBP0114_0132162 |
| DX 149 | INDIVIOR_00000768 |
| DX 150 | RBP0114_14956398 |
| DX 151 | RBP-03055590 |
| DX 152 | RBP0114_19144605<br>RBP0114_19144606 |
| DX 153 | RBP-00743259 |
| DX 154 | VEN0020019151 |
| DX 155 | RBP0114_7473274<br>RBP0114_7473275 |
| DX 156 | DHHA_0230711 |
| DX 157 | VEN0020019432<br>VEN0020019433 |
| DX 158 | RBP0114_14797096 |
| DX 159 | INDIVIOR_00001169 |
| DX 160 | INDIVIOR_00002076 |
| DX 161 | INDIVIOR_00002159 |
| DX 162 | RBP0114_10055484 |
| DX 163 | M2114_0000014_0001 |
| DX 164 | RBP0114_0772416 |
| DX 165 | INDIVIOR_00002186 |
| DX 166 | RBP0114_8741079 |

| Exhibit Number | Bates Number |
|:---:|:---|
| DX 167 | INDIVIOR_00002166 |
| DX 168 | RBP0114_10171601 |
| DX 169 | INDIVIOR_00001069 |
| DX 170 | INDIVIOR_00002187 |
| DX 171 | INDIVIOR_00002188 |
| DX 172 | INDIVIOR_00001996 |
| DX 173 | INDIVIOR_00002375 |
| DX 174 | INDIVIOR_00003310 |
| DX 175 | RBP0114_2532932 |
| DX 176 | RBP0114_3791145 |
| DX 177 | INDIVIOR_00000771 |
| DX 178 | INDIVIOR_00000798 |
| DX 179 | INDIVIOR_00001284 |
| DX 180 | RBP0114_12286525<br>RBP0114_12286526 |
| DX 181 | INDIVIOR_00000299 |
| DX 182 | INDIVIOR_00003519 |
| DX 183 | R2B2_E_00038931 |
| DX 184 | RBP0114_14190452 |
| DX 185 | RBP0114_2526810 |
| DX 186 | LG00027469 |
| DX 187 | INDIVIOR_00002043 |
| DX 188 | RBP0114_11625217 |
| DX 189 | INDIVIOR_00001094 |
| DX 190 | INDIVIOR_00002048 |
| DX 191 | RBP0114_8240137 |
| DX 192 | RBP0114_0163473 |
| DX 193 | RBP0114_3458333 |
| DX 194 | M2114_0000015_0001 |
| DX 195 | RBP0114_10256896 |
| DX 196 | RBP0114_2090127 |
| DX 197 | RBP0114_0096983 |
| DX 198 | RBP0114_2792931 |
| DX 199 | INDIVIOR_00003286 |

23059/1/9254795v1

| Exhibit Number | Bates Number |
|:---:|:---|
| DX 200 | RBP0114_15230501 |
| DX 201 | INDIVIOR_00003303 |
| DX 202 | RBP0114_0131146 |
| DX 203 | INDIVIOR_00002185 |
| DX 204 | M2114_0000013_0001 |
| DX 205 | INDIVIOR_00002184 |
| DX 206 | INDIVIOR_00003282 |
| DX 207 | RBP0114_11485104 |
| DX 208 | RBP0114_09687609 |
| DX 209 | M2099_0000022 |
| DX 210 | RBP0114_15943679<br>RBP0114_15943687<br>RBP0114_15943688 |
| DX 211 | M2114_0000007_0001 |
| DX 212 | M2114_0000011_0001 |
| DX 213 | INDIVIOR_00003877 |
| DX 214 | RBP0114_12462384 |
| DX 215 | INDIVIOR_00001327 |
| DX 216 | RBP_0114_6956236 |
| DX 217 | M2114_0000016_0001 |
| DX 218 | INDIVIOR_00003362 |
| DX 219 | INDIVIOR_00003349 |
| DX 220 | INDIVIOR_00002863 |
| DX 221 | INDIVIOR_00006661 |
| DX 222 | M2114_0000008_0001 |
| DX 223 | M2114_0000010_0001 |
| DX 224 | M2114_0000017_0001 |
| DX 225 | INDIVIOR_00003296 |
| DX 226 | INDIVIOR_00003373 |
| DX 227 | INDIVIOR_00002597 |
| DX 228 | INDIVIOR_00002608 |
| DX 229 | INDIVIOR_00004727 |
| DX 230 | INDIVIOR_00004692 |
| DX 231 | INDIVIOR_00004501 |

| Exhibit Number | Bates Number |
|---|---|
| DX 232 | INDIVIOR_00004742 |
| DX 233 | INDIVIOR_00005640 |
| DX 234 | INDIVIOR_00007437 |
| DX 235 | INDIVIOR_00004476 |
| DX 236 | RBP0114_19143896 |
| DX 237 | M2077_78_81_0000003 |
| DX 238 | ASHFIELD-HANDOVER-00075099 |
| DX 239 | INDIVIOR_00002485 |
| DX 240 | R2B2P_000834077 |
| DX 241 | RBP0114_0099096 |
| DX 242 | RBP0114_0099098 |
| DX 243 | ASHFIELD-0011275.wav |
| DX 244 | ASHFIELD-0034366.mp3 |
| DX 245 | ASHFIELD-0034376.wav |
| DX 246 | ASHFIELD-0034377.wav |
| DX 247 | ASHFIELD-0034380.wav |
| DX 248 | ASHFIELD-0036201.wav |
| DX 249 | ASHFIELD-0036202.wav |
| DX 250 | CStay.0022688.wav |
| DX 251 | CStay.0022695.wav |
| DX 252 | INDIVIOR_00004352 |
| DX 253 | R2B2_Media_0004074.wmv |
| DX 254 | RBP_4370032.wav |
| DX 255 | RBP0114_17500527 |
| DX 256 | RBP0114_17500533 |
| DX 257 | RBP0114_6961076 |
| DX 258 | Contents of OAG_14 |

23059/1/9254795v1

Dated: March 11, 2020                    Respectfully submitted,

                                         INDIVIOR INC. (a/k/a Reckitt Benckiser
                                         Pharmaceuticals Inc.) and INDIVIOR PLC

                                         /s/ Thomas J. Bondurant, Jr.
                                         By Counsel

                                         Thomas J. Bondurant (VSB No. 18894)
                                         **Gentry Locke**
                                         10 Franklin Road SE
                                         Roanoke, Virginia. 24022
                                         (540) 983-9389
                                         bondurant@gentrylocke.com

                                         Jennifer S. DeGraw (VSB No. 89962)
                                         **Gentry Locke**
                                         10 Franklin Road SE
                                         Roanoke, Virginia. 24022
                                         (540) 983-9445
                                         degraw@gentrylocke.com

                                         Georgina Druce (admitted *pro hac vice*)
                                         **Jones Day**
                                         250 Vesey Street
                                         New York, New York 10281
                                         (212) 326-3421
                                         gdruce@jonesday.com

                                         James R. Wooley (admitted *pro hac vice*)
                                         **Jones Day**
                                         901 Lakeside Avenue
                                         Cleveland, Ohio 44114
                                         (216) 586-7345
                                         jrwooley@jonesday.com

                                         James P. Loonam (admitted *pro hac vice*)
                                         **Jones Day**
                                         250 Vesey Street
                                         New York, New York 10281

10

(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com


Counsel for Defendants

11

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 11th day of March, 2020.

/s/ Thomas J. Bondurant, Jr.
Counsel for Defendants

23059/1/9254795v1