IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC

### DEFENDANTS INDIVIOR INC. AND INDIVIOR PLC'S WITNESS LIST

Indivior Inc. and Indivior PLC (together "Indivior"), pursuant to the Scheduling Order (Doc. 79), identify the witnesses they may call to testify in their case-in-chief at trial as follows. The witnesses are listed in alphabetical order by last name. Unless otherwise indicated, the witnesses are current or former employees of Indivior. Indivior reserves the right to supplement this witness list at a reasonable time in the future.

1. Dr. James Andersen (Physician)
2. Bradford Ashby
3. Tim Baxter
4. Dr. Genie L. Bailey (Physician)
5. Debbie Betz
6. Jeff Bodenberg
7. Jason Boehmer
8. Dr. Daniel Budnitz (Director, Medication Safety Program, Centers for Disease Control and Prevention)

9. Leslie Cason (former Diversion Investigator, DEA).

10. David Clissold (Partner, Hyman, Phelps & McNamara PC).

11. Custodian of Records (Substance Abuse and Mental Health Services Administration)

12. Custodian of Records (Office of Prescription Drug Promotion, Food and Drug Administration)

13. Gerald J. Dal Pan (Director, Office of Surveillance and Epidemiology, Food and Drug Administration)

14. Salvatore DiMenza (former Project Manager, CRS Associates, LLC)

15. Diversion Program Manager (DC Division Office of the Drug Enforcement Administration)

16. Diversion Program Manager (Louisville Division Office of the Drug Enforcement Administration)

17. Brandy Duso

18. Dr. Maria Encarnacion (Physician)

19. Paul Fudala

20. Clint Gagnon

21. Lori Gittleman (former Vice President, Curtis Analytic Partners)

22. Tony Goodman

23. Dr. Jody Green (Chief Scientific Officer, Inflexxion)

9. Leslie Cason (former Diversion Investigator, DEA).

10. David Clissold (Partner, Hyman, Phelps & McNamara PC).

11. Custodian of Records (Substance Abuse and Mental Health Services Administration)

12. Custodian of Records (Office of Prescription Drug Promotion, Food and Drug Administration)

13. Gerald J. Dal Pan (Director, Office of Surveillance and Epidemiology, Food and Drug Administration)

14. Salvatore DiMenza (former Project Manager, CRS Associates, LLC)

15. Diversion Program Manager (DC Division Office of the Drug Enforcement Administration)

16. Diversion Program Manager (Louisville Division Office of the Drug Enforcement Administration)

17. Brandy Duso

18. Dr. Maria Encarnacion (Physician)

19. Paul Fudala

20. Clint Gagnon

21. Lori Gittleman (former Vice President, Curtis Analytic Partners)

22. Tony Goodman

23. Dr. Jody Green (Chief Scientific Officer, Inflexxion)

24. Gay Green-Carden

25. Joe Hall

26. Christian Hampp (Epidemiologist, Office of Surveillance and Epidemiology, Food and Drug Administration)

27. Christian Heidbreder

28. Dr. Charles Herrin (Physician)

29. Carol Holquist (General Health Scientist, Food and Drug Administration)

30. Neil Hyde

31. Dr. Rolley Ed Johnson

32. Dr. Scott Kegler (Mathematical Statistician, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention)

33. Dr. George Kolodner (Physician)

34. Dr. Laurie Kyhl

35. Patricia Lewis

36. Sue Liu (former Post-Doctoral Fellow, Food and Drug Administration)

37. Maribeth Lovegrove (Epidemiologist, Division of Healthcare Quality Promotion, Centers for Disease Control and Prevention)

38. Mark Menestrina

39. Dr. Michael Miller (Physician)

40. Faye Mitchell (Business Unit Director, Ashfield)

41. Martin Mumenthaler

42. Lenn Murrelle (President, Venebio)

43. Dr. Charles O'Keeffe

44. Shelly Oliver

45. Jennifer Owensby

46. Angelina Petillo (Account Manager, Direct Success)

47. Howard Pien

48. Rick Powers

49. Bob Rappaport (former Director, Division of Anesthesia, Analgesia, and Addiction Products, Food and Drug Administration)

50. Martin Redd (Section Chief, Registration & Program Support Section, Drug Enforcement Administration, Diversion Control Division)

51. Dr. Robert Reeves (Physician).

52. Nick Reuter

53. Rigoberto Roca (Deputy Director, Division of Anesthesia, Analgesia, and Addiction Products, Food and Drug Administration)

54. Javier Rodriguez

55. Mathew Sapiano (Statistician, Division of Healthcare Quality Promotion, Centers for Disease Control and Prevention)

56. Vickie Seeger

57. Cheryl Stayton

58. Dr. Gary Stevens (President, DynaStat Consulting, Inc.)

59. Matthew Sullivan (Program Coordinator, Food and Drug Administration)

60. Dr. Kellie Taylor (Acting Director, Division of Medication Error Prevention and Analysis, Food and Drug Administration)

61. Shaun Thaxter

62. Jacqueline Thrasher

63. Roger Thies (Senior Counsel, Hyman, Phelps & McNamara)

64. Anthony Tomasello

65. Josephine Torrente (Partner, Hyman, Phelps & McNamara PC)

66. Patricia Weston

67. Edd Wilbanks

68. Celia Winchell (Medical Officer, Food and Drug Administration)

69. Dr. Bryan Wood (Physician)

70. Ju Yang

Dated: March 11, 2020

Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC

/s/ Thomas J. Bondurant, Jr.
By Counsel

Thomas J. Bondurant (VSB No. 18894)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

Jennifer S. DeGraw (VSB No. 89962)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

Georgina Druce (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3421
gdruce@jonesday.com

James R. Wooley (admitted *pro hac vice*)
**Jones Day**
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-7345
jrwooley@jonesday.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW

Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 11th day of March, 2020.

                                        /s/ Thomas J. Bondurant, Jr.
                                        Counsel for Defendants

23059/1/9254804v1