**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:19cr00016** |
| **INDIVIOR INC. (a/k/a Reckitt** | ) | |
| **Benckiser Pharmaceuticals Inc.) and** | ) | |
| **INDIVIOR PLC,** | ) | |
|     **Defendants** | ) | |

## <u>VERDICT</u>

We, the jury, unanimously find as to **INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.)**:

**Count One**                Conspiracy to Commit Mail, Wire, and Health Care Fraud

                                _____                _____

                                Not Guilty                Guilty

**Count Two**                Health Care Fraud

                                _____                _____

                                Not Guilty                Guilty

**Count Three**            Mail Fraud

                                _____                _____

                                Not Guilty                Guilty

**Count Four**           Mail Fraud

                         _____            _____
                         Not Guilty             Guilty


**Count Five**           Mail Fraud

                         _____            _____
                         Not Guilty             Guilty


**Count Six**            Mail Fraud

                         _____            _____
                         Not Guilty             Guilty


**Count Seven**          Wire Fraud

                         _____            _____
                         Not Guilty             Guilty


**Count Eight**          Wire Fraud

                         _____            _____
                         Not Guilty             Guilty

**Count Nine**             Wire Fraud

                           _____          _____
                           Not Guilty          Guilty


**Count Ten**              Wire Fraud

                           _____          _____
                           Not Guilty          Guilty


**Count Eleven**           Wire Fraud

                           _____          _____
                           Not Guilty          Guilty


**Count Twelve**           Wire Fraud

                           _____          _____
                           Not Guilty          Guilty


**Count Thirteen**         Wire Fraud

                           _____          _____
                           Not Guilty          Guilty

**Count Fourteen**          Wire Fraud

                                        _____                    _____
                                          Not Guilty                     Guilty


**Count Fifteen**          Wire Fraud

                                        _____                    _____
                                        Not Guilty                     Guilty


**Count Sixteen**          Wire Fraud

                                        _____                    _____
                                        Not Guilty                     Guilty


**Count Seventeen**          Wire Fraud

                                        _____                    _____
                                        Not Guilty                     Guilty


**Count Eighteen**          Wire Fraud

                                        _____                    _____
                                        Not Guilty                     Guilty

**Count Nineteen**          Wire Fraud

                            _____            _____
                            Not Guilty            Guilty


**Count Twenty**            Wire Fraud

                            _____            _____
                            Not Guilty            Guilty


**Count Twenty-One**        Wire Fraud

                            _____            _____
                            Not Guilty            Guilty


**Count Twenty-Two**        Wire Fraud

                            _____            _____
                            Not Guilty            Guilty


**Count Twenty-Three**      Wire Fraud

                            _____            _____
                            Not Guilty            Guilty

**Count Twenty-Four**     Wire Fraud

_____          _____
Not Guilty              Guilty


**Count Twenty-Five**     Wire Fraud

_____          _____
Not Guilty              Guilty


**Count Twenty-Six**      Wire Fraud

_____          _____
Not Guilty              Guilty


**Count Twenty-Seven**    Wire Fraud

_____          _____
Not Guilty              Guilty


**Count Twenty-Eight**    Wire Fraud

_____          _____
Not Guilty              Guilty

_____
Foreperson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:19cr00016** |
| **INDIVIOR INC. (a/k/a Reckitt** | ) | |
| **Benckiser Pharmaceuticals Inc.) and** | ) | |
| **INDIVIOR PLC,** | ) | |
|     **Defendants** | ) | |

## <u>VERDICT</u>

We, the jury, unanimously find as to **INDIVIOR PLC**:

**Count One**        Conspiracy to Commit Mail, Wire, and Health Care Fraud

        _____                _____
        Not Guilty                Guilty

**Count Two**        Health Care Fraud

        _____                _____
        Not Guilty                Guilty

**Count Three**        Mail Fraud

        _____                _____
        Not Guilty                Guilty

**Count Four**            Mail Fraud

                          _____              _____
                          Not Guilty               Guilty


**Count Five**            Mail Fraud

                          _____              _____
                          Not Guilty               Guilty


**Count Six**             Mail Fraud

                          _____              _____
                          Not Guilty               Guilty


**Count Seven**           Wire Fraud

                          _____              _____
                          Not Guilty               Guilty


**Count Eight**           Wire Fraud

                          _____              _____
                          Not Guilty               Guilty

**Count Nine**                 Wire Fraud

                               _____              _____
                               Not Guilty               Guilty



**Count Ten**                  Wire Fraud

                               _____              _____
                               Not Guilty               Guilty



**Count Eleven**               Wire Fraud

                               _____              _____
                               Not Guilty               Guilty



**Count Twelve**               Wire Fraud

                               _____              _____
                               Not Guilty               Guilty



**Count Thirteen**             Wire Fraud

                               _____              _____
                               Not Guilty               Guilty

**Count Fourteen**          Wire Fraud

                          _____              _____
                          Not Guilty             Guilty


**Count Fifteen**           Wire Fraud

                          _____              _____
                          Not Guilty             Guilty


**Count Sixteen**           Wire Fraud

                          _____              _____
                          Not Guilty             Guilty


**Count Seventeen**         Wire Fraud

                          _____              _____
                          Not Guilty             Guilty


**Count Eighteen**          Wire Fraud

                          _____              _____
                          Not Guilty             Guilty

**Count Nineteen**          Wire Fraud

                            _____              _____
                            Not Guilty               Guilty


**Count Twenty**            Wire Fraud

                            _____              _____
                            Not Guilty               Guilty


**Count Twenty-One**        Wire Fraud

                            _____              _____
                            Not Guilty               Guilty


**Count Twenty-Two**        Wire Fraud

                            _____              _____
                            Not Guilty               Guilty


**Count Twenty-Three**      Wire Fraud

                            _____              _____
                            Not Guilty               Guilty

**Count Twenty-Four**          Wire Fraud

_____          _____
Not Guilty          Guilty


**Count Twenty-Five**          Wire Fraud

_____          _____
Not Guilty          Guilty


**Count Twenty-Six**          Wire Fraud

_____          _____
Not Guilty          Guilty


**Count Twenty-Seven**          Wire Fraud

_____          _____
Not Guilty          Guilty


**Count Twenty-Eight**          Wire Fraud

_____          _____
Not Guilty          Guilty

_____
Foreperson

## CERTIFICATE OF SERVICE

I certify that on March 11, 2020, I electronically filed the foregoing Verdict form with the

Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel

of record in this matter.

/s/ Albert P. Mayer, VSB No. 86024