**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - MOTION HEARING VIA CONFERENCE CALL**

**Case No.:** 1:19CR16                **Date:** 4/2/2020

**Defendant:** Indivior, et al.           **Counsel:** Jim Wooley
                                            Jenny Degraw
                                            Georgina Druce
                                            James Loonam
                                            Pete Romatowski

*Paul Beers – Represents Interested Parties

PRESENT:    JUDGE:              James P. Jones    TIME IN COURT:  3:00 – 3:30 p.m.
            Deputy Clerk:       Felicia Clark                Total: 30 minutes
            Court Reporter:     Donna Prather, OCR
            U. S. Attorney:     Randy Ramser, Charles Biro, Dan Bubar, Kristin Gray, Joes Hall, Garth Huston, Matt Lash, Bert Mayer, Janine Myatt and Carol Wallack

**PROCEEDINGS:**

Court ordered that there be no audio recordings of this proceeding produced or distributed. Motion hearing held in re: DE 390 and 393 – Motions to Continue Jury Trial (Redacted and Un-Redacted Versions).  All counsel appeared via conference all.  Government opposed motions to continue jury trial. Oral argument by Government and Defense Counsel. Court granted DE 390 and 393. Jury Trial reset for September 28 thru November 13 and Pre-Trial Conference was reset for August 20 at 1:30 p.m. Order forthcoming.